IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

RECEIVED
2007 OCT 11 P 2:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARGIE FLORENCE BARROW )
_____ )
_____ )
_____ )
  Plaintiff )
 )
v. )
 )
_____ )
THE MCDONALD'S CORPORATION & )
J&J EXPANDABLE ENTERPRISES, INC. )
  Defendant(s) )

2:07cv918-MHT

**DEMAND FOR JURY TRIAL**

## COMPLAINT

1. Plaintiff resides at   654 HENDERSON DRIVE, APARTMENT 1, TROY, ALABAMA 36081

2. Defendant(s)' name(s)  MISS TERRI HUSSEY, MS. PATRICIA TAYLOR, MISS BRENDA JONES, MR. ERIC BLAND, MRS. JANIE STEPHENS, MR. JEFF STEPHENS, MR. JERRY REEVES, MS. KATRINA STEPHENS, AND/OR OTHER INDIVIDUALS
   Location of principal office(s) of the named defendant(s)  1126, HIGHWAY 231 BY-PASS, TROY'S MCDONALD'S, TROY, ALABAMA 36081, OZARK'S MCDONALD'S, 231 HIGHWAY, OZARK, ALABAMA

   Nature of defendant(s)' business  FAST FOOD RESTAURANTS

   Approximate number of individuals employed by defendant(s)  APPROXIMATELY 200

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1.   _X_  Failure to employ me.
   2.   _X_  Termination of my employment.
   3.   _X_  Failure to promote me.
   4.   _X_  Other acts as specified below: _____

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
      _X_ Not presently employed by the defendant. The dates of employment were
      __05-15-05 THROUGH 09-27-05__. Employment was terminated because:

      (1) _X_ Plaintiff was discharged.
      (2) ____ Plaintiff was laid off.
      (3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. _X_ My race.
   B. ___ My religion.
   C. _X_ My sex.
   D. _X_ My national origin.
   E. ___ Other, as specified below: __AGE, COLOR, AND MY DISABILITIES__

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) __MISS TERRI HUSSEY, MS. PATRICIA TAYLOR, MISS BRENDA JONES, MR. ERIC BLAND, MRS. JANIE STEPHENS, MR. JEFF STEPHENS, MR. JERRY REEVES, MS. KATRINA STEPHENS, AND/OR OTHER UNKNOWN INDIVIDUALS__

8. The alleged discrimination occurred on or about __05-15-05, 05-31-05, 09-27-05, 09-28-05, 11-22-05, 11-25-07, AND UNTIL, THIS PRESENT TIME, WHICH IS 09-26-07__

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: ____

   10-11-07

10. The alleged illegal activity took place at __SYSTEMATIC REPEATEDLY, AND- SINCE SEPTEMBER 27, 2007, THEY DO IT MORE FREQUENTLY.__

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about __01-15-05, AND 03-15-05__ I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __N/A__.
EEOC HAS NOT RESPONDED TO MY COMPLAINTS.

12. I seek the following relief:

   A. __X__ Recovery of back pay.
   B. __X__ Reinstatement to my former job,
   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees. I WANT TO BE COMPENSATED IN MONETARY AMOUNTS FOR MCDONALD'S WHITE MASTER SLAVERY TIME WRONGFUL DISCHARGE/ THEIR RACE BASED RACISM JOB JOB TERMINATION.

Date: __09/24/07__
      __10/11/07__

Signature of Plaintiff: *Margie Florence Barano*

654 HENDERSON DRIVE, APARTMENT 1
TROY, ALABAMA 36081, (334) 566-4403
Address & Telephone Number of Plaintiff

ADDITIONAL COMPENSATIONS: I WANT TO BE COMPENSATED FOR MY JOB AT MCDONALD'S WITH BACK PAY, PLUS INTEREST, ALLOWANCES, SENIORITY, RETIREMENT BENEFITS, SICK LEAVE BENEFITS, ATTORNEY'S FEES, EXPENSES AND FOR ALL COURT COSTS.

I WANT TO BE COMPENSATED FOR LOSS OF INCOMES (PLUS INTEREST) FOR THE DURATION OF MY UNEMPLOYMENT STATUS. I WANT TO BE COMPENSATED FOR THE VIOLATION OF ALL OF MY CIVIL RIGHTS THAT ARE OUTLINED UNDER CIVIL RIGHTS ACTS THAT ARE OUTLINED IN OUR CONSTITUTION FOR THE UNITED STATES OF AMERICA. I WANT TO BE COMPENSATED FOR THE VIOLATION OF MY CIVIL RIGHTS THAT ARE OUTLINED UNDER TITLE VII. OF THE AMERICAN'S WITH DISABILITIES ACT., ETC

Additional Relief:
At least Five Hundred Million Dollars

At this time, I ask that The Court appoint an Attorney to represent me in my Lawsuit against McDonald'S!