IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARGIE FLORENCE BARROW,        )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         2:07cv918-MHT
                               )
THE McDONALD'S CORPORATION,    )
et al.,                        )
                               )
    Defendants.                )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 17th day of October, 2007.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE