IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGIE FLORENCE BARROW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The McDONALD'S CORPORATION, )<br>*et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:07cv918-MHT |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2), filed October 11, 2007. On October 17, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. #3). Upon consideration of the application and for good cause, it is

ORDERED that the Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2) is GRANTED. For good cause, it is further

ORDERED that service of this Complaint is **STAYED** pending review under 28 U.S.C. § 1915 (2000).

DONE this 18th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE