IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGIE FLORENCE BARROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv918-MHT |
| | ) |
| The McDONALD'S CORPORATION, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Plaintiff Margie Florence Barrow's (Barrow) Complaint (Doc. #1), filed October 11, 2007. On October 17, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. #3). The Court has reviewed Plaintiff's Complaint, and notes that the filing suffers from fatal defects. It is unclear as to the factual and legal basis for Barrow's claims against Defendants. She fails to state, with specificity, the wrongful acts committed by Defendants. For good cause, it is

ORDERED that Barrow shall file an Amended Complaint which specifically states the wrongful acts committed by each Defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Barrow as a result of each act of wrongdoing. The "injury" or "damage" should be stated in terms of the consequences to Barrow and the cost or value of the damage.

Further, attached to the Amended Complaint, Barrow shall provide the Court with

copies of any letters of complaint to the EEOC, or any other correspondence, or proof, which shows that she properly filed her complaints with the EEOC prior to the initiation of this suit. The Amended Complaint shall be filed **on or before November 6, 2007**.

DONE this 18th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE