11/06/07

RECEIVED
NOV - 6 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV -7 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARGIE FLORENCE BARROW

PLANTIFF,

V.

2:07-CV-918-MHT

THE MCDONALD'S CORPORATION,
Et al.,

AT THIS TIME, I FILE A MOTION WITH YOUR HONORABLE COURT FOR AN EXTENSION OF TIME SO THAT I CAN COMPLY WITH A REQUEST THAT I RECEIVED FROM YOUR OFFICE ON TODAY FOR MORE SUPPORTING DOCUMENTS FROM ME REGARDING THE LAWSUIT, THAT, I FILED AGAINST THE MCDONALD'S CORPORATION.

I, ALSO FILE A MOTION FOR AN EXTENSION OF TIME TO SUBMIT DOCUMENTS THAT YOUR OFFICE REQUESTED FROM ME THAT WERE WITHIN REFERENCE TO THE EEOC, I HAVE JUST RECEIVED YOUR ORDER, AND YOUR REQUEST FOR OTHER DOCUMENTS THAT ARE PERTAINING TO MY LAWSUIT AGAINST THE MCDONALD'S CORPORATION. I LIVE IN AN APARTMENT COMPLEX, AND DUE TO THE FACT THAT WE HAVE HAD DIFFERENT MAIL CARRIERS FOR OUR ROUTE, OUR MAIL HAS BEEN DELAYED, AND EVEN LOST, HOWEVER, I AM THANKFUL, THAT EVENTUALLY, YOUR MAIL WERE DELIVERED TO MY ADDRESS.

I, ALSO MAKE A MOTION FOR THIS HONORABLE COURT TO RECONSIDER THEIR DECISION NOT TO APPOINT AN ATTORNEY TO REPRESENT ME IN MY LAWSUIT AGAINST THE MCDONALD'S CORPORATION, UNTIL, I HAVE FURNISHED MORE DOCUMENTS TO YOUR COURT REGARDING THIS MATTER. PLEASE EXCUSE ALL TYPOGRAPHICAL ERRORS. THANK YOU.

Margie Florence Barrow
11/06/07