IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARGIE FLORENCE BARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv918-MHT |
| | ) | |
| The McDONALD'S CORPORATION, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On November 6, 2007, Plaintiff, Margie Florence Barrow (Barrow), filed a Motion (Doc. #7) for Reconsideration of her motion for appointment of counsel in this case. Barrow also moved the Court for an Extension of Time to comply with this Court's Order of October 18, 2007 (Doc. #6). That Order directed Barrow to file an Amended Complaint correcting fatal defects prevalent in her Complaint. Upon consideration of Barrow's motion, it is

ORDERED the motion (Doc. #7) is GRANTED IN PART and DENIED IN PART. Barrow's motion for an extension of time is GRANTED. Barrow shall have until November 20, 2007, to file her Amended Complaint per the instructions of this Court's Order of October 18, 2007. The Court warns Barrow that no other extensions will be granted.

With respect to Barrow's motion for reconsideration of her motion to appoint counsel, the Court DENIES that motion for the reasons stated previously in its Order of

October 18, 2007 (Doc. #6).

    DONE this 7th day of November, 2007.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE