In The United States District Court
For The Middle District Of Alabama
Northern Division

RECEIVED

2007 NOV 20 P 3:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Margie Florence Banow
        Plaintiff

V.

The McDonald's Corporation,
et. al.,

                Defendants

Civil Action
No. 2:07
CV 918 - MHT

Amended
Complaint

The EEOC Says they Will have
to send Me a letter From
them that Were Within reference to
their Response to me about My
charges Of Employment Discrimination
that my they received From me about
McDonald's Charges.

11/20/07
Margie
Florence Banow
3608/
654 Henderson Hw., Apt. 1, Troy, Al.

Suit in Action  Outrageous Conduct /
Retaliatory Discharge

Cashman V. Wabsee House Co., Inc. 951
F. Supp. 1012 (M.D. Ala. 1997).

1. The Tort Of intentional infliction of
emotional distress on outrageous Conduct
Workers Compensation Act. Gparle Jackson,
485 So. 2d. 1116 (Ala. 1986)

Claims based on tort of bad Faith refusal
to pay on insurance claim in the Workmens
Compensation context. Gibson V. Fidelity and Cas.
Co. of New York, 454 So. 2d. 526 (Ala. 1984),

Retaliatory Discharge.

Employer Fired me on the same night that
I was recent at the ER, Employee were
not permitted to Fire me, Killiam V. AKzo
Nobel Industry Febew, Inc., 710 So. 2d, 445
(Ala. Civ, Appl, 1997)

"The Federal Employee Compensation Act (FECA) (5 U.S.C. 8101 et. seq.) provide compensation benefits to civilian employees of the United States for disability due to personal injury sustained while in the performance of duty or to employment related disease. Benefits cannot be paid if the injury or death is caused by the willful conduct Mis- of the employer, etc.

Mr. Eric Blard, Miss has helped & Terri Hussey, Miss Patricia & Taylor, Mrs. Janie Stephens, Mr. Jeff Stephens, Ms.

Katrina Stephens, Mr. Fletcher Reeves and the McDonald's Corporation to practice over two full years of Race Based Racism, Raced Based Hate Games, White Hate Group Crimes, Race Based Intentional Job Discrimination, White Master Slavery Time Severe Racial Discrimination, and he has helped them to blackball me out of over two full years of Medical Benefits, Compensation for Temporary Total Disability, Compensation for Permanent Effects Of Injury With

Malice, ill Will, And with reckless indifference) to my Federally Protected Rights And With racist intents to make them just Another Nigger Suffer. (Suffer)

They Fired me, they discharged me, And they terminated my employment After I was hurt on the Job With out telling me Anything About it so they Could blackball me out of my Workers Compensation benefits.

Mrs. Janie Stephens, Mr. Jeff Stephens, Ms. Katrina Stephens, Miss Terri Hussey, Mrs. Patricia Taylor, And The McDonald's Corporation Used Mrs. Eric Bland And Miss Brenda Jones As House Slaves and Uncle Tom's, They Used them to spread their Seeds of Racism on me, to do their dirty work to me, and they have used them to ~~bal~~ black-ball me out of all of my Workers Compensation Benefits From September 27, 20~~0~~5

(2005)

The employer refused to File A First Report of Injury With my Signature on it, according to the Workers Compensation Division For the State of Ala, they told Me The Employer never File A Report of Injury For me With them.

The employer has blackballed me out of All Workers Compensation Checks, income for benefits, medical benefits, Prescription drugs, medicines, medical devices, etc., For over two full years, These damages are unspeakable, and they are unspecifiable.

Miss Brenda Jones violated my Civil, human, Patriot, and Privacy Rights When making ill will, and with reckless indifference to my federaly Protected rights when she hand-delivered a Paper behind my back from McDonald's for Miss Teru Hussy, and she Gave the doctor the Paper to fill out on me Without telling me anything about it, Miss Teru Hussy and the McDonald's Corporation used this Paper to blackball me one of my Workers Compense benefits for injuries that I recei

Miss Teri Hussey Practiced Action
Patterns of Racial Discrimination,
Race Based Racism, Race Based
Intentional Job Discrimination, Racial
Profiling, Stereotyping, Targeting, Victimizing, and
she
She practiced powerful white hate group
to violate my civil rights
Conspiracy against me with Dr. Robledo,
The Nurses, and Troy Regional Medical
Center, and she blackballed me
out of my medical care, help, treatment,
examination, benefits, and other services
for injuries on my job at McDonalds
before the ambulance even got me
to the hospital for them Sept
27, 2007,

8.105, Total disability, if the disability is that
the U.S. Should pay the employee during the
disability monthly monetary compensation equal to
66 2/3 percent of his monthly pay, which is known
as his basic compensation for total disability.

(b) the loss of use of both hands, both arms,
    both feet, or both legs, the loss of sight
of both eyes,


        8/06,
Partial disability


8115 - Determination of Wage - earning
earning Capacity - is due to:
(1) the nature of Injury
(3) the degree of Physical impairment
(3) his usual employment
(4) his age
(5) his qualifies for employment

EBSCOhost

~~~~~~~

By Daniel P. Deneau, Minnesota State University-Moorehead

Copyright of Explicator is the property of Heldref Publications and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

**Back**

(6) the Availability of Suitable employment

(7) Other factors or Circumstances that Which may ~~effect~~ Affect his wage — earning Capacity in his disables Condition

$ 8120.

Report of Injury

immediately after an injury to an employee Which results in his death or probable ~~disa bility~~ disability, his immediate Superior Share report to the Sec. of Labor.

(8) The Secretary may; ~~require~~

(1) Prescribe the information that the report

MCDONALD'S AND GALLAGHER BASSETT SERVICES IS AT 100% FAULT FOR MY ACCIDENT AND MY JOB INJURIES ON SEPTEMBER 27, 2005.

MCDONALD'S, J &J ENTERPRISES AND GALLAGHER BASSETT SERVICES ARE STILL LIVING IN THE BULL CONNOR, MOB CROWD LYNCHING, KU KLUX KLAN AND THE 1955 ROSA PARKS DAYS AND THEY ARE JUST LIKE BURGER KING,THEY GOT TO HAVE THINGS THEIR WAY!

MCDONALD'S, J&J ENTERPRISES AND GALLAGHER BASSETT SERVICES LIVES IN THE 1800 WHITE SLAVE MASTER ERA, THEY THINK ALL BLACK FOLKS ARE NIGGERS, AND THAT ALL BLACK FOLKS ARE SLAVES, THEY DON'T THINK THAT BLACK FOLKS ARE REAL FOLKS, JUST LIKE WHITE FOLKS, THEY THINK THAT BLACK FOLKS ARE NIGGERS, SLAVES, AND NOT REAL HUMAN BEINGS. THEY DON'T THINK THE LAW WAS MADE FOR BLACK FOLKS. THEY THINK THE LAW WAS MADE FOR WHITE FOLKS ONLY AND THEY HAVE SLAVE HERITAGES AND SLAVE MENTALITIES THAT SCARES ME TO DEATH ; THEY HAVE ME SLAVE BOUND, WHEN, I WANT TO BE SLAVE FREE, AND I WANT THEM TO TAKE THEIR SLAVE CHAINS OFF OF ME!

MY MEDICAL BILLS ARE COUNTLESS, ON GOING, ENDLESS AND CONTINUOUS, THEY MAY LAST ME FOR THE REST OF MY LIFE, BECAUSE I CAN'T AFFORD TO PAY FOR MEDICAL CARE, TREATMENTS, EXAMINATIONS AND SERVICES FOR MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005. MCDONALD'S, J&J ENTERPRISES, AND GALLAGHER BASSETT SERVICES DO MEAN, NASTY, RACIST, AND CRUEL THINGS TO ME AND THEY STOP ME FROM GETTING MEDICAL CARE, SERVICES, TREAMENTS, EXAMINATIONS AND OTHER SERVICES FOR MY ON THE JOB INJURY AT MCDONALD'S ON SEPTEMBER 27, 2005 SO THEY CAN CIRCUMVENT MY WORKER'S COMPENSATION CLAIM.

MCDONALD'S, J&J ENTERPRISES, AND GALLAGHER BASSETT SERVICES HAS PRACTICED SYSTEMATIC PATTERNS OF POWERFUL WHITE HATE GROUP CONSPIRACIES AGAINST ME WITH TROY REGIONAL MEDICAL CENTER, THE DOCTORS, SOUTHEAST ALABAMA RURAL HEALTH CARE ASSOCIATES DOCTOR'S CENTER AND SOUTHEAST ALABAMA RURAL HEALTH CARE ASSOCIATES' ADMINISTRATIVE OFFICE AND THEY HAVE STOPPED THEM FROM TREATING ME FOR MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005 SO THEY CAN BLACKBALL ME OUT OF MY WORKER'S COMPENSATION BENEFITS.

I HAVE REMAINED IN PAIN AND SUFFERINGS THAT HAS LASTED ME FOR ALMOST ONE FULL YEAR. I SUFFER FROM PERMANENT PHYSICAL DISABILITIES, EMOTIONAL DAMAGES, PATTERNS OF RACE BASED RACISM, PSYCHOLOGICAL ABUSE, WHITE MASTER SLAVERY TIME DISCRIMINATION AND ENDLESS POWERFUL WHITE HATE GROUP

over

CONSPIRACIES THAT MCDONALD'S, J&J ENTERPRISES AND GALLAGHER BASSETT SERVICES CAUSES AND FORCES ME TO LIVE AND SUFFER THROUGH ON A DAILY BASIS.

MY ANNUAL YEARLY LOSS OF INCOMES TOTALS TO APPROXIMATELY ONE FORTY THOUSAND DOLLARS OR MORE AND APPROXIMATELY TWENTY FIVE THOUSAND DOLLARS OF THIS LOSS OF INCOME IS FROM MCDONALD'S. I SUFFER FROM EMPLOYMENT DISCRIMINATION, A RACIST, WRONG, AND UNLAWFUL BLACKBALLING JOB TERMINATION. MY WHOLE BODY SUFFERS FROM CHEMICAL CONTAMINATIONS, CHEMICAL INFECTIONS, AND DEEP ALLERGIC REACTIONS THAT FLOATS ALL OVER MY BODY LIKE A RIVER.

I SUFFER FROM HEAD, BACK, NECK,THROAT, CHEST, SHOULDER, ARM, LEG, HIP, KNEE, WAIST, BONE INJURIES, OTHER JOINT INJURIES, AND FROM OTHER BODILY INURIES. I SUFFER FROM LOSS OF JOBS, JOB INTERVIEWS, JOB OPPORTUNITIES, LOSS OF TIME, GRADUATION EXERCISES FOR STUDENTS WHOM I WORKED IN THE CLASSROOM WITH, LOSS OF MANY DIFFERENT OCCASIONS, PLEASURE AND ENJOYMENT WITH MY FAMILY, MY CHRISTMAS,THANKSGIVING, NEW YEARS, VALENTINE, EASTER, BIRTHDAYS AND OTHER SPECIAL HOILDAYS WITH MY MOTHER, SISTER, GRAND-CHILDREN, NEICES, NEPHEWS, FRIENDS AND MY FAMILY MEMBERS. .

I HAVE LOST TIME FROM COLLEGE, WORK, PROFESSIONAL TRAININGS FOR MY DEGREE IN EDUCATION, MY TEACHER'S CERTIFICATE , COLLEGE, MY WORK ACTIVITIES WITH THE WIRE GRASS WRITING PROJECT, BIRTHDAYS, RECREATIONAL ACTIVITIES, HOBBIES, HOME ACTIVITIES, VACATIONS, ETC. MCDONALD'S HAS KEPT ME FROM GETTING MY TEACHER'S CERTIFICATE UPDATED. I HAVE LOST TIME WITH MY GRAND-CHILDREN, NEICES, NEPHEWS AND MY COUSINS IN SCHOOL. I SUFFER FROM EMBARASSMENT, INCONVENIENCES, HUNGER, AND POVERTY BECAUSE OF MCDONALD'S.

I SUFFER FROM SHOOTING, STINGING, ACHING, DIZZY, AND HURTING PAINS OF BURNINGS, ITCHINGS, JOINT STIFFNESS, HARDNESS, AND SORENESS ALL OVER MY BODY. I HAVE SCALP IRRITATIONS, SCALP INFECTIONS, HAIR LOSSES, BALDNESS, AND SORES THAT BREAKS OUT IN MY HEAD AND ON OTHER PARTS OF MY BODY BECAUSE OF CHEMICAL REACTIONS FROM MCDONALD'S.

I HAVE SKIN DISCOLORATIONS TO MY NECK, THROAT, CHEST, LEGS, SHOULDERS AND OTHER PARTS OF MY BODY. MCDONALD'S CHEMICALS AND CHEMICAL CONTAMINATIONS CAUSES ME TO HAVE UGLY SPOTS ON MY BODY THAT CAUSES ME TO ITCH, BURN, STING, AND HURT ALL THE TIME. I HAVE SCARRING, HAIR LOSSES, SKIN IRRITATIONS AND BALDNESS

IN MY HEAD THAT MAY BE PERMANENT BECAUSE OF MCDONALD'S CHEMICALS, CHEMICAL CONTAMINATIONS, AND DEEP ALLERGIC REACTIONS THAT MAY LAST ME FOR THE REST OF MY LIFE.

MCDONALD'S, GALLAGHER BASSETT SERVICES, AND J&J ENTERPRISES ARE AT 100% FAULT FOR MY ACCIDENT AND MY ON THE JOB INJURIES , IF I WERE A WHITE WOMAN, MCDONALD'S, GALLAGHER BASSETT SERVICES, AND J&J ENTERPRIESE WOULD NOT BE MAKING A SLAVE OUT OF ME, AND THEY WOULDN'T BE MAKING A NIGGER OUT OF ME!

MCDONALD'S IS AT 100% FAULT FOR ME NOT HAVING AN INCOME TO LIVE ON, NOT BEING ABLE TO WORK, USE THE LEFT PART OF MY ARM, NECK, SHOULDER, HAND AND OTHER PARTS OF MY BODY. THEY ARE RESPONSIBLE FOR MY MEDICAL PROBLEMS WITH MY BACK, HEAD, BONES, SHOULDERS, NECK, CHEST, ARMS, KNEES AND OTHER PARTS OF MY BODY. MY HIPS HAS FELT BLOODY, BROKE AND SORE FOR ALMOST ONE FULL YEAR AND MCDONALD'S, J & J ENTERPRISES, AND GALLAGHER BASSETT SERVICES REFUSES TO PAY FOR MY MEDICAL BILLS SO THEY CAN BLACKBALL ME OUT OF MY WORKER'S COMPENSATION BENEFITS.

MCDONALD'S IS AT 100% FAULT FOR ME NOT BEING ABLE TO GET ANY MEDICAL HELP, CARE, EXAMINATIONS, TREATMENTS AND OTHER SERVICES FOR MY ON THE JOB INJURIES FOR ALMOST ONE FULL YEAR AND THEY HAVE TAKEN MY MEDICAL RIGHTS, CARE, TREATMENTS, EXAMINATIONS AND OTHER SERVICES FROM ME SO THEY CAN BLACKBALL ME OUT OF MY WORKER'S COMPENSATION BENEFITS BECAUSE THEY DON'T WANT TO TAKE RESPONSIBILITY FOR MY ACCIDENT AND ON THE JOB INURY AT MCDONALD'S ON SEPTEMBER 27, 2005.

MCDONALD'S IS AT 100% FAULT FOR ME SLIPPING, SLIDING, AND FALLING DOWN REPEATEDLY INSIDE OF, ON THE TOP, ON THE BOTTOM, AND ON THE SIDE OF SOME BIG HARD STEEL CONTAMINATED KITCHEN SINKS, ON A PLASTIC BREAD TRAY, AND ON A BIG HARD SLICK, SLIPPERY, GREASY AND WET CEMENT FLOOR. MCDONALD'S IS RESPONSIBLE  FOR ME GETTING HARD BLOWS TO THE TOP OF MY HEAD AND MY FOREHEAD FROM HITTING THE BOTTOM OF SOME BIG HARD COMTAMINATED KITCHEN SINKS THAT WERE MADE OUT OF NOTHING BUT REAL HARD STEEL.

 MCDONALD'S IS  RESPONSIBLE FOR ME HAVING MANY SLIPS, SLIDES AND FALLS ON A BIG, GREASY, SLICK, SLIPPERY, AND VERY HARD CEMENT FLOOR THAT ALMOST CAUSED ME TO GET  KILLED, AND THEY  HAD JUST MOPPED THE  FLOORS  IN NASTY, DIRTY, SLICK, GREASY AND CHEMICAL CONTAMINATED WATER THAT HAD NOT BEEN CHANGED FOR DAYS, AND DAYS.MCDONALD'S ARE THE ONES WHO PROVIDED NO JOB TRAINING

AND NO SUPERVISION FOR THEIR EMPLOYEES AND THEY ALLOWED THEIR EMPLOYEES TO RIP, RUN, AND PLAY AT WORK TO NO AVAIL. THEY ALLOWED THEIR OWN EMPLOYEES TO THROW FOOD, ICE, TOMATOES, MAYONNAISE, PICKELS, ONIONS, LETTUCE, HAMBURGER MEAT, CHICKEN, SALAD DRESSING, ICE CREAM, BREAD, MUSTARD, FISH, KETCHUP AND OTHER FOODS ON THE KITCHEN FLOORS AND THEY CAUSED THEIR OWN FLOORS TO BE SLICK, SLIPPERY, GREASY AND WET.

 MCDONALD'S ALLOWED THEIR OWN EMPLOYEES TO SPIT, PUKE, THROW UP IN, VOMIT AND THEY MOPPED THE FLOORS IN THE KITCHEN SINKS WITH WATER THAT WERE FULL OF  THE CHEMICAL CONTAMINATIONS. .KI IT WERE MCDONALD'S OWN EMPLOYEE WHO RIPPED, RAN, AND PLAYED ON THE JOB THAT BROKE A COMPUTERIZED CASH REGISTER WHICH CAUSED ME TO WORK FROM 5:00 p.m. TO ALMOST 5:00a.m. TWO DAYS IN A ROW.  MCDONALD'S CAUSES AND FORCES ME TO HAVE COUNTLESS AND ENDLESS NIGHTMARES, MENTAL FLASHBACKS, BAD DREAMS, AND LIFE-THREATENING FEARS OF SORROW IN MY SLEEP THAT WILL LAST ME FOR A LIFE TIME.

MCDONALD'S IS RESPONSIBLE FOR MY ON THE JOB INJURIES, THEY CAUSED ME TO ALMOST BURST THE TOP OF MY FOREHEAD, MY WHOLE HEAD, MY FACE, MY BACK AND EVERY BONE IN MY BODY WIDE OPEN.  I ALMOST BROKE MY ARMS, HIPS, BACK BONE, SHOULDER, SHOULDER BONES, COLLAR BONES, LEG AND EVERY BONE IN MY BODY.

MCDONALD'S LEFT THE PLASTIC BREAD TRAY LYING IN THE MIDDLE OF THE FLOOR. MCDONALD'S WAS RESPONSIBLE FOR THE FLOOR BEING SLICK, SLIPPERY, WET, AND GREASY WITH NASTY CHEMICAL CONTAMINATED WATER THAT HAD NOT BEEN CHANGED FOR DAYS, AND DAYS. MCDONALD'S IS RESPONSIBLE FOR THE FLOORS, SINKS, AND THE WHOLE KITCHEN BEING FULL OF CHEMICAL CONTAMINATIONS AND THEY ARE RESPONSIBLE FOR ME ALMOST GETTING KILLED WHILE I WAS IN THE LINE OF DUTY ON MY JOB.

MCDONALD'S CAUSED THE FLOORS TO BE SLICK, SLIPPERY, AND GREASY BECAUSE THEY MOPPED THE FLOORS WITH THE SAME NASTY, SLICK, GREASY AND DIRTY MOPS THAT THEY STORED IN THE MOPPING AREA, WASHED THE GREASY FRENCH FRY STATION PARTS IN, AND THAT THEY DUMPED NASTY, SLICK, GREASY AND DIRTY CLOROX TOWEL WATER IN THAT WERE FULL OF CHEMICALS AND CHEMICAL CONTAMINATIONS AND THEY NEVER CLEANED THE AREA THAT THEY STORED THE MOPS IN.

MCDONALD'S IS RESPONSIBLE FOR ME GETTING HURT ON THE JOB BECAUSE THEY ALLOWED MISS TERRI HUSSEY, WHO WERE MY CREW MANAGER TO PLAY ON THE JOB, HARASS ME AND OTHER BLACK FOLKS, AND TO USE MCDONALD'S FOR A SEX SPOT, WHEN SHE SHOULD HAVE

BEEN WORKING ON THE JOB AND SUPERVISING THE EMPLOYEES. MISS TERRI HUSSEY WERE FLIRTING WITH THE BLACK MEN, WHOM SOMETIMES WERE NOTHING BUT YOUNG TEENAGERS WHEN SHE SHOULD HAVE BEEN WORKING ON THE JOB.

MISS TERRI HUSSEY LAUGHED, PLAYED, AND FLIRTED ON THE PLAYGROUND WHEN WE WERE HAVING LUNCH WHILE SHE BRAGGED ABOUT HOW IT FELT WHEN SHE WERE HAVING HER BABY, WHEN HER WATER BROKE AND ABOUT HOW IT FELT WHEN SHE HAD SEX WITH THE FIRST BLACK MAN. MISS TERRI HUSSEY AND SOME OF THE OTHER EMPLOYEES CURSED AND USED SO MUCH PROFANITY UNTIL A CUSTOMER COMPLAINED ABOUT IT BECAUSE THEY HAD NO RESPECT FOR HER YOUNG CHILDREN, THEY HAD NO RESPECT FOR ME, THEY HAD NO RESPECT FOR THE OLD FOLKS, TEENAGERS OR THE BABIES THAT WERE ON THE PLAYGROUND AT MCDONALD'S.

MY INJURIES ARE SERIOUS, SEVERE, LONG LASTING AND VERY PERMANENT BECAUSE THEY HAVE LASTED ME FOR ALMOST ONE FULL YEAR. I LOSE SLEEP, I HAVE TROUBLE EATING, SLEEPING, AND I CAN HAVE STOMACH AND SIDE EFFECTS WHEN I TAKE MEDICINE FOR MY JOB INJURIES.

I SUFFER FROM PHYSICAL, EMOTIONAL, VERBAL, MENTAL, AND FINANCIAL SCARS THAT WILL LAST ME FOR A LIFETIME. I HAVE LOST OPPORTUNITIES, WORK HOURS, MEDICAL TREATMENTS, AND AN INCOME TO SUPPORT MYSELF WITH BECAUSE OF MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

I HAVE LOST PRECIOUS TIME WITH MY MOTHER, SISTER, CHILDREN, GRAND-CHILDREN, NEICES, FRIENDS, AND MY ENTIRE FAMILY. I CAN'T PAY MY BILLS, I CAN'T BUY ME ENOUGH FOOD TO LAST ME FOR ONE FULL MONTH, I CAN'T BUY ME CLOTHES, SHOES, PERSONAL SUPPLIES AND I DON'T HAVE MONEY FOR FUN, FOOD,VACATION, RECREATION AND EXTRACURRICULAR ACTIVITIES. I KNOW HOW THE PROCESS WORKS, AND I KNOW THAT MY CLAIM IS AN HONEST ONE.

GALLAGHER BASSETT SERVICES, J&J EXPANDABLES, AND MCDONALD'S IS AT 100% FAULT FOR WRONGFULLY TERMINATING MY EMPLOYMENT WITH THE COMPANY BEHIND MY BACK AND WITHOUT TELLING ME ANYTHING ABOUT IT ON SEPTEMBER 27, 2005; THEY ARE AT 100% FAULT FOR CAUSING TROY REGIONAL MEDICAL CENTER, DR. ALDOLFO ROBLEDO, ATTENUS HEALTH CARE SERVICES, MS. KIM NELSON, MS. ROCHELLE CROWE, MR. WOODARD, MS. MELISSA FORAN, PIKE INTERNAL MEDICINES, DR. BEN SMITH, DR. JOHN BLOUGH, MS. TONYA RICHARDS, MS. MARY ANN NORTON, MR. JOHN LITTLE AND SOUTHEAST ALABAMA RURAL HEALTH CARE ASSOCIATES DOCTORS CENTER AND ADMINISTRATIVE OFFICE,

OTHER WHITE FOLKS, THE WHITE MAN, WHITE HATE GROUPS, AND FOR OTHER POWERFUL WHITE HATE GROUP EMPLOYERS WHOM ARE NOTHING BUT THE MOB CROWDS AND THE KU KLUX KLAN SINGLING ME OUT, RACIAL: PROFILING, STEREOTYPING, TARGETING, VICTIMIZING ME AND PRACTICING SYSTEMATIC PATTERNS OF RACIAL HATE GAMES, WHITE HATE CRIMES, RACE BASED RACISM, WHITE MASTER SLAVERY TIME DISCRIMINATION AND POWERFUL WHITE HATE GROUP CONSPIRACIES AGAINST ME TO VIOLATE MY CIVIL RIGHTS, SWEEP MY JOB INJURIES UNDER THE RUG AND BLACKBALL ME OUT OF MY WORKER'S COMPENSATION MEDICAL CARE, TREATMENTS, EXAMINATIONS, SERVICES, OTHER MEDICINE, PRESCRIPTION DRUGS, WAGES, AND OTHER BENEFITS THAT THE LAWS OF THE UNITED STATES CONSTITUTION ENTITLES ME TO RECEIVE FOR MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.


 I HAVE PRESCRIPTIONS AT THE DRUG STORES THAT MCDONALD'S,  J&J ENTERPRISES AND GALLAGHER BASSETT SERVICES HAS REFUSED TO BUY FOR ME  SINCE FEBRUARY 9, 2006.

FIRST REPORT OF INJURY

NAME:                    MISS MARGIE FLORENCE BARROW

JOB TITLE:              GRILL WORKER

DATE:                    SEPTEMBER 27, 2005


TIME:                    APPROXIMATELY:  9:00p.m.

PLACE:                  TROY MCDONALDS
                         1126 HWY. 231
                         TROY, ALABAMA  36081


I RECEIVED SEVERAL INJURIES TO MY HEAD AND MY WHOLE BODY THAT
CAUSED ME TO BECOME UNCONSCIOUS AFTER MCDONALDS HAD ME
TRANSPORTED TO TROY REGIONAL MEDICAL CENTER BY HAYNES
AMBULANCE SERVICE ON SEPTEMBER 27, 2005.WHEN  MY FEET GOT
CAUGHT UP IN A BIG, LONG, AND A VERY WIDE PLASTIC BREAD TRAY
THAT HYDROPLANED ME, AND IT  THREW MY WHOLE BODY FLYING
STRAIGHT UP IN THE AIR ,JUST LIKE SUPERMAN!

MY WHOLE BODY FELL DOWN INSIDE OF A BIG, HUGE, LONG AND A VERY
WIDE HARD STEEL KITCHEN SINK THAT WAS CONTAMINATED WITH
WATER AND CHEMICALS, THE TOP OF MY HEAD HIT THE BOTTOM OF THIS
HARD STEEL CONTAMINATED SINK REAL, REAL HARD! I KEPT RECEIVING
HARD BLOWS TO MY HEAD AND OTHER PARTS OF MY BODY FROM
FALLING ON THIS HARD STEEL SINK.I KEPT HURTING MY HEAD,FACE,
NECK, CHEST, THROAT, BACK, ARMS, SHOULDERS, MY SHOULDER BONES
AND OTHER PARTS OF MY BODY.

I KEPT ON SLIPPING, SLIDING, AND FALLING DOWN INSIDE OF THIS  BIG,
HARD, STEEL CONTAMINATED  KITCHEN SINK, MY HEAD KEPT ON HITTING
THE BOTTOM OF THE BIG HARD STEEL CONTAMINATED KITCHEN SINK, I
KEPT SLIPPING, SLIDING, AND FALLING DOWN ON THE TOP AND THE
BOTTOM OF THE BIG HARD STEEL CONTAMINATED KTICHEN SINK, AND I
KEPT ON  HURTING MY HEAD BACK, HIPS, HIP BONES, WAIST, WAIST
BONES, LEGS, THIGHS, KNEES, KNEE BONES, MY STOMACH, AND OTHER
PARTS OF MY BODY FROM SYSTEMATICALLY AND REPEATEDLY SLIPPING,
SLIDING, AND FALLING DOWN FLAT ON THE TOP AND BOTTOM OF THIS
BIG, LONG, HARD AND HEAVY STEEL CONTAMINATED KITCHEN SINK, I

ALMOST BROKE EVERY BONE IN MY BODY WHEN I KEPT ON SLIPPING, SLIDING, AND FALLING DOWN ON THE BIG HARD CEMENT FLOOR THAT WAS VERY SLICK, GREASY, AND SLIPPERY, AND I KEPT FALLING DOWN ON TOP OF THE BIG, LONG, HUGE AND VERY WIDE PLASTIC BREAD TRAY THAT SOMEONE HAD LEFT IN THE MIDDLE OF THE FLOOR. MY BODY RECEIVED MANY OCCUPATIONAL DISEASES FROM CHEMICALS AND CONTAMINATED WATER THAT WERE FROM THE KITCHEN SINKS, TOWELS, THE GRILL, THE MOP, THE MOPPING STORAGE AREA, THE LOBBY AREA, THE BATHROOM FLOORS, AND FROM THE HARD CEMENT KITCHEN FLOOR THAT HAD JUST BEEN MOPPED IN NASTY, SLICK AND VERY GREASY MOP WATER THAT HAD NOT BEEN CHANGED FOR DAYS.

MY NECK, THROAT, CHEST, SHOULDERS, BACK AND OTHER PARTS OF MY BODY HAVE INJURIES FROM THE CHEMICALS AND CONTAMINATED WATER THAT WAS USED TO DO THE WASHING, MOPPING, AND CLEANING IN THE RESTAURANT.

SIGNATURE _____

FIFTH REPORT OF INJURY

NAME:                                    MARGIE FLORENCE BARROW

PLACE OF EMPLOYMENT:         TROY MCDONALD'S

JOB TITLE:                              GRILL WORKER

DATE:                                    JULY 20, 2006

PLACE:                                  AT MY HOME

MRS. HEATHER SPRADLEY, MS. AMY ARCHER, MR. CHRIS ROCK AND GALLAGHER BASSETT SERVICES USES THE COLOR OF SLAVERY AND THE 1800 WHITE SLAVE MASTER ERA TO MAKE A NIGGER OUT OF ME FOR MCDONALD'S, TROY REGIONAL MEDICAL CENTER, DR. ALDOLFO ROBLEDO, PIKE INTERNAL MEDICINES, DR. JOHN BLOUGH, DR. BEN SMITH, MS. TONYA RICHARDS, DR, DAVID RUNYON, MS. MARY ANN NORTON, MR. JOHN LITTLE AND THE SOUTHEAST ALABAMA RURAL HEALTH CARE ASSOCIATES DOCTORS CENTER AND THEIR ADMINISTRATIVE OFFICE SO THEY CAN SWEEP MY JOB INJURIES  UNDER THE RUG AND BLACKBALL ME OUT OF MY WORKER'S COMPENSATION MEDICAL CARE, SERVICES, EXAMINATIONS, TREATMENTS, SALARIES AND OTHER BENEFITS FOR MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

MS. HEATHER SPRADLEY, MS. AMY ARCHER, MR. CHRIS ROCK, AND GALLAGHER BASSETT SERVICES PSYCHOLOGICALLY ABUSES ME TO NO EVERLASTING AVAIL, THEY HAVE REFUSED TO PROVIDE ME WITH WORKER'S COMPENSATION MEDICINE, PRESCRIPTION DRUGS, MEDICAL CARE, SERVICES, EXAMINATIONS, TREATMENTS, AND A SALARY TO ME FOR MY JOB INJURIES AT MCDONALD'S FOR ALMOST ONE FULL YEAR..

GALLAGHER BASSETT SERVICES AND MCDONALD'S CAUSES ME TO SUFFER FROM INFINITE LIFETHREATENING-FRIGHTENING-FEARFUL NIGHTMARES, BAD DREAMS, FEARS, SORROW, STRESS, DEPRESSION, ANXIETY, AND OTHER PHYSICAL, MENTAL, EMOTIONAL AND VERBAL INJURIES ALONG WITH FINANCIAL SCARS AND WORRIES THAT WILL LAST ME FOR THE REST OF MY LIFE.

MCDONALD'S, CAUSES ME TO SUFFER FOR MEDICAL CARE, MEDICINE, PRESCRIPTION DRUGS, FOOD, CLOTHES, AND AN INCOME TO LIVE ON SO THAT MY PHYSICAL, EMOTIONAL, MENTAL, VERBAL, AND FINANCIAL SCARS AND WOUNDS WILL NEVER HEAL. I STILL SUFFER FROM HARD BLOWS TO MY HEAD, FACE, NECK, THROAT, BACK, SHOULDERS, THE LEFT PARTS OF MY BODY, THE RIGHT PARTS OF MY BODY, HIPS, HIP BONES, LEGS, CHEMICAL CONTAMINATIONS, ALLERGIC REACTIONS, AND FROM BACTERIAL INFECTIONS THAT FLOATS THROUGHOUT MY ENTIRE BODY.

I HAVE TROUBLE WALKING, STANDING, SITTING, DRIVING, READING, WRITING, USING THE LEFT SIDE OF MY BODY, USING THE RIGHT SIDE OF MY BODY, BREATHING, SLEEPING, EATING, CONCENTRATING, AND FROM OTHER JOB INJURIES ON A DAILY BASIS.

TO:        TROY REGIONAL MEDICAL CENTER
                TROY REGIONAL MEDICAL LAB
                TROY/PIKE INTERNAL MEDICINE
                        AND
                    LAB ONE

FROM:     MISS MARGIE FLORENCE BARROW
DATE:          SEPTEMBER 28, 2005

SUBJECT:    TROY REGIONAL MEDICAL CENTER FORCED AND THEY
               TRICKEDME INTO SIGNING A FALSE, MISLEADING, UNTRUE,
               AND INACCURATE LAB ONE SHEET ON ME THAT HAS 38389914
               ON IT FOR AN ID NUMBER

TROY REGIONAL MEDICAL CENTER TOOK ADVANTAGE OF ME AND MY
ILNESSES WHEN THEY FORCED AND TRICKED ME INTO SIGNING THIS LAB
SHEET AFTER THEY MADE ME HAVE A DRUG TEST WHILE I WAS IN SEVERE
PAIN AND I WAS SUFFERING TO NO AVAIL FROM INJURIES TO MY HEAD
AND OTHER BODILY INJURIES THAT I RECEIVED WHILE WORKING ON THE
JOB AT MACDONALD'S IN TROY, ALABAMA.

THE LAB SHEET WAS NEVER SHOWN, READ OR EXPLAINED TO ME BEFORE
THEY MADE ME HAVE THE DRUG TEST, THEY FILLED THE FORM OUT ON
ME BEHIND MY BACK AND IT WERE NEVER SHOWN, READ OR EXPLAINED
TO ME BEFORE THEY MADE ME SIGN THE FORM AT TROY REGIONAL
MEDICAL CENTER IN TROY, ALABAMA ON SEPTEMBER 27, 2005 AT
APPROXIMATELY 9:30 P.M.

AS A DONOR, THE COLLECTORS, GAVE ME NO INSTRUCTIONS ABOUT THIS
LAB SHEET TO NO ENDLESS AVAIL, THEY COLLECTED NO TYPE OF DONOR
IDENTIFICATION INFORMATION FROM ME ANDTHEY COLLECTED NO
PICTURE ID FROM ME WHEN THEY FILLED THIS FORM OUT ON ME AND
THEY NEVER TOLD ME THAT THEY WERE FILLING THIS FORM OUT ON ME
UNTIL AFTER THEY MADE ME HAVE THE DRUG TEST AND UNTIL AFTER
THEY TRICKED ME INTO SIGNING THE LAB SHEET.

TROY REGIONAL MEDICAL CENTER AND THE COLLECTORS TOOK
ADVANTAGE OF ME/MY ILLNESSES WHEN THEY FORCED AND TRICKED ME
INTO SIGNING FALSE STATEMENTS ON THIS FORM WHEN I WAS HARDLY
CONSCIOUS AND I WAS TOO SICK TO KNOW WHAT WAS GOING ON.

THE COLLECTORS DID NOT SHOW ME MY SPECIMAN (S) OR ANYBODY'S SPECIMEN (S) SEALED WITH THE SEALED ID NUMBER THAT IS LISTED ON THIS LAB SHEET THAT THEY GAVE TO ME.

I CANNOT CERTIFY THAT THE SPECIMEN (S) SEALED WITH THE ABOVE SPECIMEN ID NUMBER WAS PROVIDED BY ME ON THIS DATE AND SPECIMEN (S) HAS NOT BEEN ALTERED BECAUSE THE COLLECTORS DID NOT LET ME SEE THEM COLLECT MY SPECIMEN (S) AND THEY DID NOT LET ME SEE THEM SEAL MY SPECIMEN (S) WITHIN MY PRESCENCE AT ALL. THE COLLECTORS DID NOT LET ME SEE A SEALED SPECIMEN (S) FOR ME OR ANYBODY ELSE AND THEY SHOWED ME NO SEALED SPECIMEN FOR MYSELF OR ANYBODY ELSE WITH THE ID NUMBER THAT IS ON THIS LAB SHEET.

THE COLLECTORS DID NOT COLLECT AND SEAL MY SPECIMEN (S) OR ANYBODY'S SPECIMEN (S) WITHIN MY PRESENCE, I LEFT MY SPECIMEN INSIDE OF THE TOILET STOOL IN THE BATHROOM AT TROY REGIONAL MEDICAL CENTER AND THE NURSES SAID THAT THEY WOULD TAKE CARE OF IT BECAUSE I ASKED THEM WHAT WERE THEY GOING TO DO WITH MY SPECIMEN. I DO NOT AUTHORIZE TROY REGIONAL MEDICAL CENTER, THE COLLECTORS AND THE TESTING SERVICE OR LABORATORY TO RELEASE THE RESULTS OF THE TEST TO THE COMPANY/EMPLOYER OR THEIR DESIGNEE. I ASK THAT MY SIGNATURE AND THE DATE THAT I LISTED ON THIS LAB SHEET BE CANCELLED IMMEDIATELY!

I BELIEVE THAT TROY REGIONAL MEDICAL CENTER AND THE COLLECTORS VIOLATED MY CIVIL RIGHTS, HUMAN RIGHTS, CONSTITUTIONAL RIGHTS AND MY RIGHTS AS A PATIENT WHEN THEY TOOK ADVANTAGE OF ME AND MY ILLNESSES WHEN THEY MADE ME HAVE A DRUG TEST AND THEY MADE ME SIGN THIS LAB SHEET WHEN I WAS HARDLY CONSCIOUS AND I HAD JUST RECEIVED TERRIBLE INJURIES TO MY HEAD AND TO OTHER PARTS OF MY BODY.

SIGNATURE: _____

DATE: _____



<div align="right">
P.O. Box 1009
Ozark, Al 36361
(334) 774-2709
</div>

### DRUG-FREE WORKPLACE
**No Worker's Compensation benefits shall be allowed for any employee
who refuses to submit or to cooperate with a blood or urine test
following an on-the-job injury in which the employee was injured.
Also, testing positive following a drug screen can result in a forfeiture
of Worker's Compensation benefits.**

## AUTHORIZATION FOR WORKER'S COMPENSATION TREATMENT
## RETURN TO WORK FORM

Following treatment of this employee, please complete this form and give to the
employee to return to Manager.

McDonald's store # ___3158___

Manager on Duty Signature: _Brenda J Jones_   Phone: _566 - 5874_

Injured Employee: _Margie Barnard_   Date: _9-27-05_

Physician or Facility authorized for treatment: _Troy Regional Medical_

Address: _____

Appointment Date: _9-27-05_   Time: _20:47_

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■
### TO BE COMPLETED BY PHYSICIAN

Treated for: _Contusion (R) Shoulder / hand_

May resume regular work immediately __✓__Yes _____No

If no, complete the following:

Employee needs to see a specialist_____Yes __,__ No

Recommended Specialist_____ ‚ _____Phone:_____

Date/Time/Location of Appointment_____

_____

May resume work immediately with the following limitations(circle appropriate
condition):
1. (Sitting Only-No lifting or standing up duties.  (Taking orders while seated on a
   stool or similar tasks which can be performed while seated.)
2. Sedentary Work-Lifting 10 lbs. maximum with occasional lifting and/or carrying.
   Involves sitting, occasional walking and standing.
3. Light Work-Lifting 20 lbs. maximum with frequent lifting and /or carrying of
   objects weighing up to 10 lbs.  Sitting most of the time with a small degree of
   pushing and pulling or arm and/or leg controls, or when it requires walking or
   standing to a significant degree.
4. Medium Work-Lifting 50 lbs. maximum with frequent lifting and/or carrying of
   objects weighing up to 25 lbs.

Other:_____

Return for further treatment on:_____

Physicians Signature: _J Roberts_   Date: _9/27/05_

**THIS FORM MUST BE RETURNED TO STORE MANAGEMENT THE SAME
DAY OF TREATMENT PRIOR TO SEEING AN ADDITIONAL PHYSICIAN.**

### ALABAMA OPERATORS SELF-INSURERS FUND
### P.O. BOX 1009
### OZARK, AL 36361

# Emergency Medical Run Report

☐ NON-EMERGENCY   ☐ O.C.L.

| Incident Date | Incident # | Run # | Service Name | State ID # | Unit # / Shift | Canceled By |
|---|---|---|---|---|---|---|
| 11-1-05 | | | HAS | 568 | 122 | |

**Call Location:** McDonnalds

**Call Type:** Fall

### Patient Info

| Name | Age | D.O.B. | Gender |
|---|---|---|---|
| Mavgie Barrow | | | |

| Address | SSN # | Race |
|---|---|---|
| | | |

| City, State Zip | Phone |
|---|---|

### Call Method

| | |
|---|---|
| 911 | |
| Telephone | |
| Private | |
| Police Department | |
| Sheriff Office | |
| State Trooper | |

### TIMES

| | |
|---|---|
| Call Received | |
| Dispatched | |
| Enroute | |
| Location / On Scene | |
| Transport | |
| Destination \ Hospital | |
| In Service | |

### Mileage

| | |
|---|---|
| Miles To Scene | |
| Miles From Scene | |

### Medical History

**Current Medications:** ☐ Brought With Patient  ☐ None  ☐ List Attached  ☐ Unknown

**Allergies:** ☐ None  ☐ Unknown

| Medical History | | | | | | | |
|---|---|---|---|---|---|---|---|
| None | Allergies | Asthma | Cardiac | COPD | Diabetes | HTN | Resp. Fall | Other |
| Unknown | AMS/Behav | Cancer | CHF | CVA | Drug / Alch | Renal Fail | Seizure | Other |

### Run Info

**Chief Complaint:** (R) hip pain (R) shoulder pain  N/A 2° fall

| AVPU Scale | Speech | Skin | Color | Respirations | Pulse | Pupils |
|---|---|---|---|---|---|---|
| Alert | Coherent | Normal | Normal | Normal | Normal | P.E.A.R.L. |
| Voice | Incoherent | Moist | Cyanotic | Crowing | Rapid | Dilated  L / R |
| Pain | Hysterical | Dry | Pale | Distressed | Slow | Fixed  L / R |
| Unresponsive | Slurred | Hot | Flushed | Irregular | Regular | Unequal  L / R |
| Combative | Silent | Cool | Ashen | Absent  L / R | Irregular | Pinpoint  L / R |
| Deceased | Abusive | Other | Jaundice | Other | Weak, Thready | Sluggish  L / R |
| Other | Other | | Other | | Absent | Blind  L / R |

| TIME | PULSE | RESP | SAO2 | BLOOD PRESSURE Systolic | Diastolic | Procedure | Medication / IV Solution | Route | Dosage/ Rate | Medic 1/2/3/4 | Notes / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76 | 26 | | 180 | P | Vitals | | | | | |
| | | | | | | Spine pkg: | | | | | |

### NARRATIVE

called to 9 ref. fall pt lying supine in back
kitchen area q McDonalds. observed very slick
greasy floor - laid sheets down for better grip. pt
a/o x3 states she tripped over cradle in middle to q floor ?
then slipped on greasy floor. landing on (R) side. c/o hip pn (R)
(R) shoulder pn. & N/A (R) LOC. (alla cntused c) spine held pt
placed LSB. Flrs PEARL Neck edel. Pt c/o pn c) chest BSR CTA.
to pn (R) rib margin. c/o (R) shoulder pn c) x me movement.
Skin sig c) temp dry. pt c/o (R) hip pn. Pt c) pn sx4 w/ me movement c)
R leg appears shorter w) rotation back. c/o pn w/R back. vitals 9t

**PERSON RECEIVING PATIENT:** Richll Crowe

| PATIENT DISPOSITION | |
|---|---|
| ☐ P.O.V. | TRANSPORTED BY/TO |
| ☐ REFUSED | |
| ☐ AMBULANCE / E | |
| ☐ AMBULANCE / NON E | PATIENT OUTCOME |
| ☐ HEARSE / DFS | ☐ IMPROVED |
| ☐ OTHER | ☐ NO CHANGE |
| ☐ NONE | ☐ DETERIORATED |

| CREW MEMBER 1 | NUMBER |
|---|---|
| CM Balle | 97OCL185 |

| CREW MEMBER 2 | NUMBER |
|---|---|

| CREW MEMBER 3 | NUMBER |
|---|---|

| CREW MEMBER 4 | NUMBER |
|---|---|

**AUTHORIZING PHYSICIAN** _____ **DATE** _____

**MEDICAL CONTROL #** _____

I HAVE RECEIVED A COPY OF THIS AGENCIES PRIVACY POLICY

**SIGNATURE** _____ **DATE** _____

THIS IS TO CERTIFY THAT I AM REFUSING TREATMENT / TRANSPORT AND HAVE BEEN INFORMED OF THE RISKS OF DOING SO.

## Troy Regional Medical Center
## Medical Records Request Form

**To:** MELISSA

**From:** RHONDA

**Date Requested:** 10/03/2005

**Patient Name:** MARGIE BARROW

**Account #** 7019630

**Account Balance:** $1,836.00

**Date Completed:** _____

**Requestor's Ext.:** 5415

**Hosp.Service Code/Dept:** _____

**Admit/Discharge Dates:** 09/27/2005  ER

**Medical Record #** 16992

10-5-2

| Medical Record Copy Requests: |
|---|

**ER Report**    X

**Medical Records:**
**\*Abstract only** _____
**\*Entire Chart** _____
**\*Other** _____ (describe below)

| Check appropriate request: |
|---|
| **1st Request:** X |
| **2nd Request:** _____ |
| **3rd Request:** _____ |

**Please send to:**
**Company:** W/C MCDONALDS

**Address:** 1126 HWY 231

**Address:** LUVERNE, AL  36009

**Attention:** _____

**SEND AIRBORNE EXPRESS, SECOND DAY DELIVERY**
**Airborne Express Account #: 166884588**
*REQUIRE SIGNATURE UPON RECEIPT FOR TRACKING PURPOSES.*

**Explain inquiry in detail:**

_____

_____

_____

**TROY REGIONAL MEDICAL CENTER**
1330 HWY 231 S., TROY, AL 36081

R A D I O L O G Y   R E P O R T

| NAME | NUMBER | SEX | AGE | XRAY# | CHART# | TYPE | RM |
|------|--------|-----|-----|-------|--------|------|-----|
| BARROW MARGIE F | 7019630 | F | 52 | 9369 | 16992 | ER | |

DOB: 10-1-52
DATE OF EXAM: 9-27-05
DICTATED: 9-28-05/1053 TRANSCRIBED: 9-28-05/1200/NRH
EXAM: RT SHOULDER/HIP/PELVIS
PHYSICIAN: ROBLEDO

CLINICAL HISTORY: INJURY

AP VIEW, AP VIEWS WITH INTERNAL AND EXTERNAL ROTATION AND TANGENTIAL VIEWS OF RIGHT SHOULDER: No fracture or dislocation is evident on the study. There is very mild degenerative process. No other significant findings are seen.

AP AND OBLIQUE VIEWS OF RIGHT HIP: There are very mild osteoarthritic changes of the right hip. No fracture, dislocation or evidence of calcific bursitis is seen. No other significant findings are noted.

AP VIEW OF PELVIS: There is some soft tissue fullness within the pelvic area and mild prominence of intestinal content. No pelvic fracture is seen. There is a small sclerotic area within the proximal metaphysis of the left femur presumed a bone island. There are degenerative changes at the lumbosacral junction. No other significant findings are seen.

T. L. EAKES, M.D.
ROENTGENOLOGIST

# HAYNES AMBULANCE MEDICAL SERVICES

Billing Department
2530 East Fifth Street
P.O. Box 70425
Montgomery, Alabama 36107
Toll-Free 1-800-231-8304 (AL Only)  Local Offices (334) 241-5220

Date: **9-27-05**                                                        Branch: **Troy**

Patient Name: **Margie**                        M.I.                **Barras**
First                                                                              Last

Address: **654 Henderson RD Apt 1**    Phone: ( ) **566-4403**

City: **Troy**                                State: **AL**    Zip: **36081**

Age: **52** Sex: **F** D.O.B.: **10-1-52**    Social Security #: **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**

Employed By: **McDonalds**                        Phone: ( )

Employer Address: **Hwy 231**        City: **Troy** State: **AL.** Zip:

Responsible Party/Contract: **Employer / Workers Comp** Phone: ( )

Address:                        City:        State:    Zip:

Transported From: **McDonalds**        Zip        To: **Troy regional**

Odometer From: **001**                Odometer To: **002**

Driver: **Daugherty**    Level: **P**    Emp.#: **446**    Unit #: **122**

Attendant: **Bella**    Level: **P**    Emp.#: **426**    Method Received: **911**

Doctor of Patient: **Rebhedo**

Primary Complaint This Date: **Hip pn, Back pn, Shoulder pn H/a 2° fall**

Medical Reason For Ambulance Transport: **stretcher. spine pkg.**

| | BASE | MILEAGE | MILEAGE RATE | MILEAGE AMOUNT | OXYGEN | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
| BLS    ALS-1    ALS-2 | | | | | | | |
| BLS-E    ALS-1-E    SCT | | | | | | | |
| Amount Paid  CASH    CHECK    CREDIT CARD # | | | | | AMOUNT DUE: | | |

### Supplies Used

| Quantity | Item | Quantity | Item |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

04-24-02 DSP

Sep 28 05 08:08a    ERMC Admissions Schedule    334 670 5220    p.2

TROY REGIONAL MED CENTER
S U M M A R Y   S H E E T

| PAT # 7019630 | I/P-O/P O | | | ADV Y | CHART # 16992 |

| PATIENT NAME & ADDRESS | BIRTH DATE AND PLCE | | | AGE | PATIENT SSN |
|---|---|---|---|---|---|
| BARROW MARGIE F | 10/01/52 | | | 52 | ████ |
| 654 HENDERSON RD APT 1 | OCCUPATION | SEX | RACE | STATUS | REL |
| TROY          AL | CASHIER | F | B | S | U |
| 36081000() | ADMIT DATE TIME | DISCG DATE TIME | SERVICE | RM /BED# | |
| PH 334-566-4403 | 9/27/05 2052 | | EOP | | |

| GUARANTOR NAME & ADDRESS | IN CASE OF EMERGENCY | CONTACT |
|---|---|---|
| BARROW MARGIE F | SHIPMON EHTEL | JONES ROBERT |
| 654 HENDERSON RD APT 1 | | |
| TROY          AL | TROY AL | TROY          AL |
| 36081000( | 36081    PH 334-566-4403 | 36081    PH 334-566-9349 |
| PH334-566-4403 | RELSH | RELSHP: |

| PATIENT EMPLOYER | GUARANTOR EMPLOYER | FINANCIAL CLASS |
|---|---|---|
| MCDONALDS | MCDONALDS | B  WORKERS COMP |
| 1126 HWY 231 | 1126 HWY 231 | GUARANTOR SSN |
| TROY          AL | TROY          AL | ████ |
| 360810000 | 350810000 | |
| PH  334-566-5874 | PH 334-566-5874 | DISCHARGE STATUS  (    ) |

| PLAN | PAYOR AND ADDRESS 1 | NAME OF INSURED/ADDRESS 2 | POLICY#/ADDR3/GROUP# |
|---|---|---|---|
| 2 | WORKERS COMPENSATION | BARROW MARGIE F | 416787543 |

| ADMITTING DIAGNOSIS | PHYSICIAN          00319 | SIGNATURE (PARENT/GUARDIAN) |
|---|---|---|
| FALL | ROBLEDO ADOLFO MD | |

PRINCIPAL DIAGNOSIS:


COMPLICATION/COMORBIDITY:




SECONDARY DIAGNOSIS:



PRINCIPAL PROCEDURE:


OTHER PROCEDURES:


DATE:_____        PHYSICIAN _____



PATIENT: Margie Barrow                          MEDICARE NUMBER:_____

***Medicare Part B (STATEMENT FOR PAYMENT OF MEDICARE BENEFITS): I request that payment of authorized Medicare benefits be made either to me or on my behalf to Haynes Ambulance for any services or items furnished to me by Haynes Ambulance. I authorize any holder of Medical Information about me to release to Centers for Medicare & Medicaid Services (CMS) and its agents any information needed to determine these benefits or the benefits payable for related services.

____Primary    ____Secondary    ____UMWA    ____Railroad Retirement    ____HMO/PPO    ____Private Funded Medicare

X_____(By initialing, you have read and understand the statement above).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lifetime Signature Authorization: I request that payment of authorized Medicare benefits be made either to me or on my behalf to Haynes Ambulance Corporate Billing Office at 2530 East Fifth Street, Montgomery, Alabama 36107, for any ambulance services and supplies furnished to me by Haynes Ambulance. I authorize any holder of Medicare information about me to release to the Centers for Medicare & Medicaid Services (CMS) and its agents and carriers, as well as Haynes Ambulance Corporate Billing Office, 2530 East Fifth  Street, Montgomery, Alabama 36107, any information or documentation in their possession needed to determine these benefits or the benefits payable for related services, now or in the future.

X_____(By initialing, you have read and understand the statement above).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Alabama Medicaid Agency:_____ (13 DIGITS REQUIRED) Verified if current?_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRIVATE INSURANCE:    ____Primary    ____Secondary    ____Workers Compensation Information    ____Automobile (get copies of card's front and back for address and instructions)

___ No insurance was indicated at the time of service by this beneficiary. Should insurance become retroactively available, all authorization contained in this form are enacted.

___ No photocopy of cards were available at the time of service. Explain:_____

Company:_____State:_____Policy Holder's Name:_____

Contract #_____Group #_____Relationship of policy holder to patient:    Self    Spouse    Child    Other

I authorize and request that assignment of all insurance benefits for any and all insurance coverage available be made to Haynes Ambulance who accepts assignment for any services or items furnished to me. I authorize any holder of medical information about me, to release to the insurance carrier or agent(s) listed below, any information needed to determine these benefits or the benefits payable for related services. I further authorize my insurance carrier to furnish all information they have about this claim to Haynes Ambulance.

__ initialing, you have read and understand the statement above).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACK_____PT OF NOTICE OF PRIVACY PRACTICES: I hereby acknowledge that I have been provided with a copy of Haynes Ambulance's Notice of Privacy Practices on this date. You may obtain an additional copy by visiting our website at www.haynesambulance.com or by sending a written request to Haynes Ambulance, Privacy Officer, 2530 East Fifth Street, Montgomery, AL 36107.

X_____(By initialing, you have read and understand the statement above).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The signature of the beneficiary or the acceptance of EMS services from Haynes Ambulance constitutes an agreement of payment. In consideration for services rendered, the beneficiary agrees to reimburse Haynes Ambulance for all services including all applicable deductible, co-payment, and nonallowed charges, including such payments that remain unpaid after public or private insurance pays. Acknowledgement is made that Haynes Ambulance shall have cause under the contract laws of the State of Alabama to enforce the implied service contractual arrangement and payment may be recouped by property liens, small claims court proceedings, or other legal means. Persons other than the beneficiary, spouse, or guardian of beneficiary are not responsible for payment. Their signature confirms only that the service was provided and the beneficiary was not capable of signing but agreed to be transported. Responsibility for payment is with the person receiving and accepting the services and their legal responsible parties. The signature agrees that all costs of collection will be added to the delinquent balances due. This included cost of all collection fees, attorney fees, or court cost required in the process of collecting a delinquent account. The beneficiary hereby waives all rights to exemptions as to personal property stipulated under the Constitution of the State of Alabama. Failure to make a reasonable monthly payment may result in collection action.

WARNING: It is illegal to supply insurance information when the policy is not in effect at the time of service. It is called theft of services. Your signature verifies that all above insurance is in effect.

X_____    Date: 9/27/05
By signing this line, you are stating you have read and understand all the statements above.

Signature of Beneficiary or Representative    Person must be related if beneficiary does not sign    Relationship of signer to Beneficiary:    Self    Parent    Spouse    Child    Sibling    Other_____

Address of person signing for Beneficiary:_____

Reason Beneficiary Unable to Sign:    _____ Too Ill    _____ Deceased at Scene    _____ Minor    _____ Mentally Impaired

_____ Other (Explain)    DN -

## Emergency Medical Run Report

☐ NON-EMERGENCY    ☐ O.C.L.

| Incident Date | Incident # | Run # 11 | Service Name HAS | State ID # 268 | Unit # / Shift 122 | Canceled By |
|---|---|---|---|---|---|---|

| Call Location McDonnalds | Call Type fall | Call Method | TIMES |
|---|---|---|---|

**Patient Info**

| | Age 52 | D.O.B. 10-1-52 | Gender F | Race |
|---|---|---|---|---|
| Name Margie Barrow | | | | |
| Address 654 Henderson Rd | | 02 B1 | | |
| City, State Zip Troy AL. 36081 | | Phone 566-4403 | | |

| Call Method | |
|---|---|
| 911 | |
| Telephone | |
| Private | |
| Police Department | |
| Sheriff Office | |
| State Trooper | |

| TIMES | |
|---|---|
| Call Received | 2035 |
| Dispatched | 2035 |
| Enroute | 2035 |
| Location / On Scene | 2036 |
| Transport | 2048 |
| Destination \ Hospital | 2051 |
| In Service | 2100 |

**Medical History**

Current Medications
☐ Brought With Patient    ☐ None
☐ List Attached    ☒ Unknown

Allergies ☐ None
☐ Unknown

| Mileage | |
|---|---|
| Miles To Scene | 061 |
| Miles From Scene | 062 |

**Medical History**

| None | Allergies | Asthma | Cardiac | COPD | Diabetes | HTN | Resp. Fail | Other |
|---|---|---|---|---|---|---|---|---|
| Unknown | AMS/Behav | Cancer | CHF | CVA | Drug / Alch | Renal Fail | Seizure | Other |

**Run Info**

Chief Complaint ®hip pain ®shoulder pain N/A 2° fall

| AVPU Scale | Speech | Skin | Color | Respirations | Pulse | Pupils |
|---|---|---|---|---|---|---|
| Alert | Coherent | Normal | Normal | Normal | Normal | P.E.A.R.L. |
| Voice | Incoherent | Moist | Cyanotic | Crowing | Rapid | Dilated    L / R |
| Pain | Hysterical | Dry | Pale | Distressed | Slow | Fixed    L / R |
| Unresponsive | Slurred | Hot | Flushed | Irregular | Regular | Unequal    L / R |
| Combative | Silent | Cool | Ashen | Absent    L / R | Irregular | Pinpoint    L / R |
| Deceased | Abusive | Other | Jaundice | Other | Weak, Thready | Sluggish    L / R |
| Other | Other | | Other | | Absent | Blind    L / R |

| TIME | PULSE | RESP | SAO2 | BLOOD PRESSURE Systolic | Diastolic | Procedure | Medication / IV Solution | Route | Dosage / Rate | Medic 1/2/3/4 | Notes / Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76 | 26 | | 180 | P | Vitals | | | | | |
| | | | | | | spine pkg | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE**

Called to ♀ ref. fall. pt lying supine in back
kitchen area @ McDonalds. Observed very slick -
greasy floor - laid sheets down for better grip. pt
c/o ×3 states she tripped over crate in middle of floor &
then slipped on greasy floor landing on ® side. c/o ® hip pn ®
® shoulder pn. & N/A. ®LOC. Called arrived c-spine held pt
Moved LSB. Eyes PEARL well def. Denies pn. Chest BSB CTA
c/o pn ®Rib margin. c/o ® shoulder pn w/some movement.
Abd soft Denies pn. (+) pn ® hip. Ext. Pulse ×4 usual movement ea
® leg + appears shorter. Electatory. back - c/o pn. ® back - Vitals on
route to TR. Move. EARON. - _____

**PATIENT DISPOSITION** / **PATIENT TRANSPORTED BY / TO** / **CREW MEMBER 1**

x A.B.L. Crow (none)

☐ P.O.V.
☐ REFUSED
☐ AMBULANCE / E
☐ AMBULANCE / NON E
☐ HEARSE / DFS
☐ OTHER
☐ NONE

Troy regional

**PATIENT OUTCOME**
☐ IMPROVED
☒ NO CHANGE
☐ DETERIORATED

CREW MEMBER 1
CM. Balle    NUMBER 97CCL185

CREW MEMBER 2    NUMBER

x _____
AUTHORIZING PHYSICIAN    DATE

MEDICAL CONTROL #

CREW MEMBER 3    NUMBER 893477

I HAVE RECEIVED A COPY OF THIS AGENCIES PRIVACY POLICY

CREW MEMBER 4    NUMBER

SIGNATURE    DATE

THIS IS TO CERTIFY THAT I AM REFUSING TREATMENT / TRANSPORT AND HAVE BEEN INFORMED OF THE RISKS OF DOING SO.



**REGIONAL MEDICAL CENTER**

QUALITY CARE RIGHT HERE

October 17, 2005

Margie Barrow
654 Henderson Road
Apartment #1
Troy, AL 36081

Dear Ms. Barrow,

Thank you for sharing your concerns with us regarding your recent visit to our Emergency Room. Your concerns are very important to us, as you are a valued customer. I am disappointed that we did not meet your needs. Please be aware that we are making every effort to ensure that your concerns are addressed and that the appropriate action is taken to avoid recurrence.

I sincerely appreciate you taking the time to report your concerns so that we have the opportunity to improve our customer service. Your action shows us that you value your community hospital and that you want us to succeed in being the best that we can be.

If there are any questions that I can help answer, please do not hesitate to call me at 334-670-5000. Again we appreciate you and we thank you for your business.

Sincerely,

Benton L. Busbee, PhD., FAAMA
Chief Executive Officer
Troy Regional Medical Center

1330 Highway 231 South, Troy, Alabama 36081 ■ Phone (334) 670-5000 ■ Fax (334) 566-7490

Pike County DHR
P.O. Box 966        COUNTY DEPARTMENT OF HUMAN RESOURCES
Troy, AL 36081

Phone # _80')-6144_        FAX # _807-6177_

EMPLOYMENT/LOSS OF WORK /INCOME VERIFICATION

MacDonalds
2

RE: Employee _Margie F. Barrow_
SS No. _416 78 1543_
Case Name _____
Case ID # _____
Case #(s) FA _____  FS _15899_
Worker _Z Jones_ Date _11-16-05_

## I. AUTHORIZATION FOR RELEASE OF INFORMATION

The above named person receives or has applied for assistance and earnings information is needed to determine eligibility. Your cooperation in providing the requested information is appreciated.

A. ☐ I, _Margie Florence Barrow_ give the Department of Human Resources permission to verify my income.

B. ☐ Authorization for release is conveyed by signature on required department forms which provide explanations of the Federally mandated use of social security numbers.

**Please complete each section which has been marked on the front and back of this form.**

☐ **II. GENERAL WAGE INFORMATION**
Please complete items checked with income information for _____
Month/Year

A. ☐ Beginning date of employment _____
B. ☐ Hours expected to work per week _____
C. ☐ Wages per hour _____. If not paid hourly, wages per pay period _____.
D. ☐ Overtime hours expected per week _____. Wages per hour _____
E. ☐ How often paid? ☐ weekly; ☐ bi-weekly; ☐ twice monthly; ☐ monthly; other _____
F. ☐ Date 1st check actually received by employee _____. Date pay period ended _____
G. ☐ Day of the week pay checks usually received by employee _____
H. ☐ Is employee covered by a health insurance program? ☐ Yes ☐ No  if yes, name of insurance company _____

☐ **III. RECORD OF PAY**
☐ Provide information as indicated which was or will be paid in the month(s) of _Nov_
in the space below. If additional space is needed use Section V on the back of this form.
☐ Information for additional months. Please use Section V on the back of this form.
* Gross pay refers to the total wages earned before any deductions and includes the employee share of Social Security paid by the employer for the employee.
** Report tips/commissions separately if not included in gross pay.

| Pay Period From - To | Date Pay Received | Gross Pay | Hours Worked | Earned Income Credit | Tips/ Commissions** |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

DHR-FAD-1532
Jan 2002

☑ **IV.  LOSS OF INCOME**

A. ☑ Date employment ended  *LDW 9-27-05*

B. ☑ Reason for termination  *voluntary resignation - no reason given*

C. ☐ Is the loss of income ☑ Permanent or ☑ Temporary? If temporary, when do you expect the employee to return to work?

D. ☑ Date employee received final check  *10-14-05* .    Gross amount $  *82.95*

E. ☑ Will employee receive any vacation pay, retirement refund or other? ☐ Yes ☑ No
   If yes, what type? _____ Date received _____ Amount _____

F. ☑ Is employee eligible for any type of benefits from your company, such as extended insurance coverage, workers' compensation or other? ☐ Yes ☑ No  If yes,

   1. Please explain: _____

   2. Name of insurance company _____

☐ **V.  ADDITIONAL RECORD OF PAY RECEIVED**

Please complete with income information beginning with _____ and continuing to _____

| Pay Period From - To | Date Pay Received | Gross Pay* | Hours Worked | Earned Income Credit | Tips/ Commissions** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ **VI.  EMPLOYER INFORMATION**

X _Russell_
Signature of Employer/Designee

Employer's Title/Designee's Title

X _O&G Expandable Ent. Inc._
Name of Business

X _774-2709 x 71_
Telephone Number

X _P.O. Box 1009_
Address

X _774-8278_
FAX Number

_Ozark, AL 36361_

X _11-12-05_
Date Completed

MISS MARGIE FLORENCE BARROW
654 HENDERSON DRIVE, APARTMENT 1
TROY, ALABAMA 36081

MARCH 15, 2006

MS. AMY ARCHER AND
GALLAGHER BASSETT SERVICES
P .O.  BOX  660129
TROY, ALABAMA 35266

DEAR MS. ARCHER:

THIS LETTER CONFIRMS YOU AND GALLAGHER BASSETT SERVICES
SYSTEMATIC PATTERNS AND PRACTICES OF PREMEDITATED-PLOTTED
AND WELL PLANNED MEAN, RACIST, NASTY, RUDE, HARASSING,
HUMILIATING, INTIMIDATING, HOSTILE THREATS, AND OFFENSIVE
REMARKS THAT YOU ALL MADE TO A THIRD PARTY ABOUT ME AND MY
WORKER'S COMPENSATION CLAIM WITH MCDONALD'S ON OR ABOUT
FEBRUARY 6 OR 7, OF 2006.

BEING SYSTEMATIC WHITE MASTER SLAVERY TIME VICTIMS OF
GALLAGEHR BASSETT SERVICES RACE BASED DISCRIMINATION, RACE
BASED PROFILES AND OF A WHITE RACIST PERSON'S TROUBLED MIND,
RACISM, AND A WHITE RACIST PERSON'S TROUBLED PROBLEMS, WE
KNEW EXACTLY WHERE YOU AND GALLAGHER BASSETT SERVICES WERE
COMING FROM ON OR ABOUT FEBRUARY 6 OR 7, OF 2006.

I WANT TO KNOW WHY YOU AND GALLAGHER BASSETT SERVICES STILL
JUDGES US BLACK FOLKS BY THE COLOR OF OUR SKIN AND NOT BY THE
CONTENT OF OUR CHARACTER,  I AM JUST LIKE MRS. ROSA PARKS, I WANT
TO KNOW WHY DO YOU FOLKS ALWAYS TREAT US THIS WAY, AND I WANT
TO KNOW WHY DO YOU FOLKS STILL MAKE SLAVES AND NIGGERS OUT OF
US BLACK FOLKS EVEN IN THESE DAYS?

I WANT TO KNOW WHY YOU AND GALLAGHER BASSETT SERVICES PUT
YOURSELVES ABOVE THE LAWS OF THE UNITED STATES CONSTITUTION
AND WHY HAVE YOU ALL REFUSED TO PROVIDE ME WITH WORKER'S
COMPENSATION MEDICAL CARE, EXAMINATIONS, TREATMENTS,
MEDICINE, PRESCRIPTION DRUGS AND A SALARY FOR MY LOSS OF
INCOME FOR APPROXIMATELY FIVE MONTHS FOR MY JOB INJURIES AT
MCDONALD'S ON SEPTEMBER 27, 2005?

MCDONALD'S ARE THE ONES WHO PROVIDED NO JOB TRAINING AND NO SUPERVISION FOR THEIR EMPLOYEES AND THEY ALLOWED THEIR EMPLOYEES TO RIP, RUN, AND PLAY AT WORK TO NO AVAIL. THEY ALLOWED THEIR OWN EMPLOYEES TO THROW FOOD, ICE, TOMATOES, MAYONNAISE, PICKELS, ONIONS, LETTUCE, HAMBURGER MEAT, CHICKEN, SALAD DRESSING, ICE CREAM, BREAD, MUSTARD, FISH AND OTHER FOODS ON THE KITCHEN FLOORS AND THEY CAUSED THEIR OWN FLOORS TO BE SLICK, SLIPPERY, GREASY AND WET.

 MCDONALD'S  ALLOWED THEIR OWN EMPLOYEES TO SPIT, PUKE, THROW UP IN, VOMIT AND MOP THE FLOORS IN THE CHEMICAL CONTAMINATED KITCHEN SINKS. IT WERE MCDONALD'S OWN EMPLOYEE WHO RIPPED, RAN, AND PLAYED ON THE JOB THAT BROKE A COMPUTERIZED CASH REGISTER WHICH CAUSED ME TO WORK FROM 5:00 p.m. TO ALMOST 5:00a.m. TWO DAYS IN A ROW.  MCDONALD'S CAUSES AND FORCES ME TO HAVE COUNTLESS AND ENDLESS NIGHTMARES, MENTAL FLASHBACKS, BAD DREAMS, AND LIFE-THREATENING FEARS OF SORROW IN MY SLEEP THAT WILL LAST ME FOR A LIFE TIME.

MCDONALD'S IS RESPONSIBLE FOR MY ON THE JOB INJURIES, THEY CAUSED ME TO ALMOST BURST THE TOP OF MY FOREHEAD, WHOLE HEAD, MY BACK AND EVERY BONE IN MY BODY WIDE OPEN. I ALMOST BROKE MY ARMS, HIPS, BACK BONE, SHOULDER, SHOULDER BONES, COLLAR BONES, LEGS, AND EVERY BONE IN MY BODY.

MCDONALD'S LEFT THE PLASTIC BREAD TRAY LYING IN THE MIDDLE OF THE FLOOR.  MCDONALD'S WAS RESPONSIBLE FOR THE FLOOR BEING SLICK, SLIPPERY, WET, AND GREASY WITH NASTY CHEMICAL CONTAMINATED WATER THAT HAD NOT BEEN CHANGED FOR DAYS, AND DAYS. MCDONALD'S IS RESPONSIBLE FOR THE FLOORS, SINKS, AND THE WHOLE KITCHEN BEING FULL OF CHEMICAL CONTAMINATIONS AND THEY ARE RESPONSIBLE FOR ME ALMOST GETTING KILLED WHILE I WAS IN THE LINE OF DUTY ON MY JOB.

MCDONALD'S CAUSED THE FLOORS TO BE SLICK, SLIPPERY, AND GREASY BECAUSE THEY MOPPED THE FLOORS WITH THE SAME NASTY, SLICK, GREASY AND DIRTY MOPS THAT THEY STORAGED IN THE MOPPING AREA THAT THEY WASHED GREASY FRENCH FRY STATION PARTS IN, DUMPED NASTY, SLICK, GREASY, AND DIRTY CLOROX TOWEL WATER IN THAT WERE FULL OF CHEMICALS AND CHEMICAL CONTAMINATIONS AND THAT THEY USED TO DUMP NASTY, SLICK, DIRTY, AND VERY GREASY MOP WATER IN THAT HADN'T BEEN CHANGED FOR DAYS, AND DAYS, AND THEY NEVER CLEANED OUT THE MOPPING STORAGE AREA.

MCDONALD'S IS RESPONSIBLE FOR ME GETTING HURT ON THE JOB BECAUSE THEY ALLOWED MISS TERRI HUSSEY, WHO WERE MY CREW MANAGER TO PLAY ON THE JOB, HARASS ME AND OTHER BLACK FOLKS, AND TO USE MCDONALD'S FOR A SEX SPOT, WHEN SHE SHOULD HAVE BEEN WORKING ON THE JOB AND SUPERVISING THE EMPLOYEES. MISS TERRI HUSSEY WERE FLIRTING WITH THE BLACK MEN, WHOM SOMETIMES WERE NOTHING BUT YOUNG TEENAGERS WHEN SHE SHOULD HAVE BEEN WORKING ON THE JOB.

MISS TERRI HUSSEY LAUGHED, PLAYED, AND FLIRTED ON THE PLAYGROUND  WHEN WE WERE HAVING LUNCH  WHILE SHE BRAGGED ABOUT HOW IT FELT WHEN SHE WERE HAVING HER BABY, WHEN HER WATER BROKE AND ABOUT HOW IT FELT WHEN SHE  HAD SEX WITH THE FIRST BLACK MAN. MISS TERRI HUSSEY AND SOME OF THE OTHER EMPLOYEES CURSED AND USED SO MUCH PROFANITY UNTIL A CUSTOMER COMPLAINED ABOUT IT BECAUSE  THEY HAD NO RESPECT FOR HER YOUNG CHILDREN, THEY HAD NO RESPECT FOR ME, THEY HAD NO RESPECT FOR THE OLD FOLKS, TEENAGERS OR THE BABIES THAT WERE ON THE PLAYGROUND AT MCDONALD'S.

MY INJURIES ARE SERIOUS, SEVERE, LONG LASTING AND VERY PERMANENT BECAUSE THEY HAVE LASTED ME FOR ALMOST ONE FULL YEAR. I LOSE SLEEP, I HAVE TROUBLE EATING, SLEEPING, AND I HAVE STOMACH AND SIDE EFFECTS WHEN  I TAKE MEDICINE FOR MY JOB INJURIES.

I SUFFER FROM PHYSICAL, EMOTIONAL, VERBAL, MENTAL, AND FINANCIAL SCARS THAT WILL LAST ME FOR A LIFETIME. I HAVE LOST OPPORTUNITIES, WORK HOURS, MEDICAL TREATMENTS, AND AN INCOME TO SUPPORT MYSELF WITH BECAUSE OF MY JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

I HAVE LOST PRECIOUS TIME WITH MY MOTHER, SISTER, CHILDREN, GRAND-CHILDREN, NEICES, FRIENDS, AND MY ENTIRE FAMILY. I CAN'T PAY MY BILLS, I CAN'T BUY ME ENOUGH FOOD TO LAST ME FOR ONE FULL MONTH, I CAN'T BUY ME CLOTHES, SHOES, PERSONAL SUPPLIES AND I DON'T HAVE MONEY FOR FUN, FOOD,VACATION, RECREATION AND EXTRACURRICULAR ACTIVITIES. I KNOW HOW THE PROCESS WORKS, AND I KNOW THAT MY CLAIM IS AN HONEST ONE.

 I HAVE PRESCRIPTIONS AT THE DRUG STORES THAT HAS NEEDED FILLING FOR MY INJURIES SINCE FEBRUARY OF 2006. I CAN'T EVEN AFFORD TO BUY ME AN ASPIRIN TO TRY AND HELP EASE MY PAINS AND DISCOMFORTS BECAUSE OF MY ACCIDENT AND JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

POWERFUL WHITE HATE GROUP CONSPIRACIES THAT MCDONALD'S, J&J ENTERPRISES AND GALLAGHER BASSETT SERVICES CAUSES AND FORCES ME TO LIVE AND SUFFER THROUGH ON A DAILY BASIS.

MY ANNUAL YEARLY LOSS OF INCOMES TOTALS TO APPROXIMATELY FORTY THOUSAND DOLLARS OR MORE AND APPROXIMATELY TWENTY FIVE THOUSAND DOLLARS OF THIS LOSS OF INCOME IS FROM MCDONALD'S. I SUFFER FROM EMPLOYMENT DISCRIMINATION, A RACIST, WRONG, AND UNLAWFUL BLACKBALLING JOB TERMINATION. MY WHOLE BODY SUFFERS FROM CHEMICAL CONTAMINATIONS, CHEMICAL INFECTIONS, AND DEEP ALLERGIC REACTIONS THAT FLOATS ALL OVER MY BODY LIKE A RIVER.

I SUFFER FROM HEAD, BACK, NECK,THROAT, CHEST, SHOULDER, ARM, LEG, HIP, KNEE, WAIST, BONE INJURIES, OTHER JOINT INJURIES, AND FROM OTHER BODILY INURIES. I SUFFER FROM LOSS OF JOBS, JOB INTERVIEWS, JOB OPPORTUNITIES, LOSS OF TIME, GRADUATION EXERCISES FOR STUDENTS WHOM I WORKED IN THE CLASSROOM WITH, LOSS OF MANY DIFFERENT OCCASIONS, PLEASURE AND ENJOYMENT WITH MY FAMILY, MY CHRISTMAS,THANKSGIVING, NEW YEARS, VALENTINE, EASTER, BIRTHDAYS AND OTHER SPECIAL HOILDAYS WITH MY MOTHER, SISTER, GRAND-CHILDREN, NEICES, NEPHEWS, FRIENDS AND MY  FAMILY MEMBERS. .

 I HAVE LOST TIME FROM COLLEGE, WORK, PROFESSIONAL TRAININGS FOR MY DEGREE IN EDUCATION, MY TEACHER'S CERTIFICATE , COLLEGE, MY WORK ACTIVITIES WITH THE WIRE GRASS WRITING PROJECT, BIRTHDAYS, RECREATIONAL ACTIVITIES, HOBBIES, HOME ACTIVITIES, VACATIONS, ETC. MCDONALD'S HAS KEPT ME FROM GETTING MY TEACHER'S CERTIFICATE UPDATED. I HAVE LOST TIME WITH MY GRAND-CHILDREN, NEICES, NEPHEWS AND MY COUSINS IN SCHOOL. I SUFFER FROM EMBARASSMENT, INCONVENIENCES, HUNGER, AND POVERTY BECAUSE OF MCDONALD'S.

I SUFFER FROM SHOOTING, STINGING, ACHING, DIZZY, AND HURTING PAINS OF BURNINGS, ITCHINGS, JOINT STIFFNESS, HARDNESS, AND SORENESS ALL OVER MY BODY. I HAVE SCALP IRRITATIONS, SCALP INFECTIONS, HAIR LOSSES, BALDNESS, AND SORES THAT BREAKS OUT IN MY HEAD AND ON OTHER PARTS OF MY BODY BECAUSE OF CHEMICAL REACTIONS FROM MCDONALD'S.

I HAVE  SKIN DISCOLORATIONS TO MY NECK, THROAT, CHEST, LEGS, SHOULDERS AND OTHER PARTS OF MY BODY. MCDONALD'S CHEMICALS AND CHEMICAL CONTAMINATIONS CAUSES ME TO HAVE UGLY SPOTS ON MY BODY THAT CAUSES ME TO ITCH, BURN, STING, AND HURT ALL THE TIME.  I HAVE SCARRING, HAIR LOSSES, SKIN IRRITATIONS AND BALDNESS

IN MY HEAD THAT MAY BE PERMANENT BECAUSE OF MCDONALD'S CHEMICALS, CHEMICAL CONTAMINATIONS, AND DEEP ALLERGIC REACTIONS THAT MAY LAST ME FOR THE REST OF MY LIFE.

MCDONALD'S, GALLAGHER BASSETT SERVICES, AND J&J ENTERPRISES ARE AT 100% FAULT FOR MY ACCIDENT AND MY ON THE JOB INJURIES , IF I WERE A WHITE WOMAN, MCDONALD'S, GALLAGHER BASSETT SERVICES, AND J&J ENTERPRIESE WOULD NOT BE MAKING A SLAVE OUT OF ME, AND THEY WOULDN'T BE MAKING A NIGGER OUT OF ME!

MCDONALD'S IS AT 100% FAULT FOR ME NOT HAVING AN INCOME TO LIVE ON, NOT BEING ABLE TO WORK, USE THE LEFT PART OF MY ARM, NECK, SHOULDER, HAND AND OTHER PARTS OF MY BODY. THEY ARE RESPONSIBLE FOR MY MEDICAL PROBLEMS WITH MY BACK, HEAD, BONES, SHOULDERS, NECK, CHEST, ARMS, KNEES AND OTHER PARTS OF MY BODY. MY HIPS HAS FELT BLOODY, BROKE AND SORE FOR ALMOST ONE FULL YEAR AND MCDONALD'S, J & J ENTERPRISES, AND GALLAGHER BASSETT SERVICES REFUSES TO PAY FOR MY MEDICAL BILLS SO THEY CAN BLACKBALL ME OUT OF MY WORKER'S COMPENSATION BENEFITS.

MCDONALD'S IS AT 100% FAULT FOR ME NOT BEING ABLE TO GET ANY MEDICAL HELP, CARE, EXAMINATIONS, TREATMENTS AND OTHER SERVICES FOR MY ON THE JOB INJURIES FOR ALMOST ONE FULL YEAR AND THEY HAVE TAKEN MY MEDICAL RIGHTS, CARE, TREATMENTS, EXAMINATIONS AND OTHER SERVICES FROM ME SO THEY CAN BLACKBALL ME OUT OF MY WORKER'S COMPENSATION BENEFITS BECAUSE THEY DON'T WANT TO TAKE RESPONSIBILITY FOR MY ACCIDENT AND ON THE JOB INURY AT MCDONALD'S ON SEPTEMBER 27, 2005.

MCDONALD'S IS AT 100% FAULT FOR ME SLIPPING, SLIDING, AND FALLING DOWN REPEATEDLY INSIDE OF, ON THE TOP, ON THE BOTTOM, AND ON THE SIDE OF SOME BIG HARD STEEL CONTAMINATED KITCHEN SINKS, ON A PLASTIC BREAD TRAY, AND ON A BIG HARD SLICK, SLIPPERY, GREASY AND WET CEMENT FLOOR. MCDONALD'S IS RESPONSIBLE FOR ME GETTING HARD BLOWS TO THE TOP OF MY HEAD AND MY FOREHEAD FROM HITTING THE BOTTOM OF SOME BIG HARD COMTAMINATED KITCHEN SINKS THAT WERE MADE OUT OF NOTHING BUT REAL HARD STEEL.

MCDONALD'S IS RESPONSIBLE FOR ME HAVING MANY SLIPS, SLIDES AND FALLS ON A BIG, GREASY, SLICK, SLIPPERY, AND VERY HARD CEMENT FLOOR THAT ALMOST CAUSED ME TO GET KILLED, AND THEY HAD JUST MOPPED THE FLOORS IN NASTY, DIRTY, SLICK, GREASY AND CHEMICAL CONTAMINATED WATER THAT HAD NOT BEEN CHANGED FOR DAYS, AND DAYS.

LIFETHREATENING- FRIGHTENING- AND FEARFUL INJURIES THAT CAN BE TRAGIC AND EVEN FATAL TO MY HEALTH. I HURT, SUFFER, AND STARVE FOR MEDICINES, PRESCRIPTION DRUGS, AN INCOME TO LIVE ON, FOOD AND FOR MEDICAL ATTENTION FOR MY ON THE JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

MISS MARGIE FLORENCE BARROW
654 HENDERSON DRIVE, APARTMENT 1
TROY, ALABAMA 36081

MAY 22, 2006


MR. CHRIS ROCK AND GALLAGHER
BASSETT SERVICES
POST OFFICE BOX 660129
BIRMINGHAM, ALABAMA 35266

THIS LETTER WILL CONFIRM MY TELEPHONE CONVERSATIONS WITH YOU
AND MS. HEATHER SPRADLEY ABOUT MY WORKER'S COMPENSATION
CLAIM FOR MCDONALD'S ON OR ABOUT MAY 19, 2006, MS. HEATHER
SPRADLEY CONTACTED ME ABOUT MY CLAIM FOR MCDONALD'S FOR THE
VERY FIRST TIME ON OR ABOUT MAY 17, 2006 WHILE TELLING ME THAT
SHE WANTED TO GET A TAPED RECORDED STATEMENT FROM ME ABOUT
MY JOB INJURY AT MCDONALD'S AND THAT SHE COULD NOT GET MY
FIRST REPORT OF INJURY PULLED UP IN THE SYSTEM.

HEATHER TOLD ME THAT SHE HAD MY MEDICAL RECORDS FROM THE
HOSPITAL BECAUSE THEY HAVE TO GET  MEDICAL RECORDS WHEN THEY
PAY THE BILLS. HEATHER MADE FALSE STATEMENTS TO ME ABOUT MY
JOB INJURY AT MCDONALD'S, SHE STATED THAT I STEPPED ONTO A BUN
TRAY WHILE WALKING FROM THE GRILL, AND THAT I FELL ON MY RIGHT
SIDE. HEATHER STATED THAT MY BIRTHDATE IN THE COMPUTER WERE
LISTED AS JANUARY 1, 1975. HEATHER PROMISED TO SEND ME A COPY OF
MY MEDICAL RECORDS ON APPROXIMATELY MAY 17, 2006.

I MADE SEVERAL TELEPHONE CALLS TO MS. SPRADLEY'S OFFICE
BECAUSE I WANTED TO KNOW IF SHE HAD FOUND THE TAPED RCORDED
STATEMENT THAT MS. ARCHER GOT FROM ME WHEN SHE CALLED ME ON
FEBRUARY 9, 2006 AND I WANTED TO KNOW IF SHE HAD SENT MY
MEDICAL RECORDS TO ME. MS. SPRADLEY NEVER RETURNED MY
TELEPHONE CALLS. ON APPROXIMATELY MAY 19, 2006, MR. ROCK GOT
VERY RACIST AND VERY SMART WITH ME, HE TOLD ME THAT NO ONE
HAD PUT ME OFF WORK AND THAT HE WOULD AUTHORIZE FOR ME TO GO
TO AN INITIAL AUTHORIZED TREATING PHYSICIAN.

I ASKED MR. ROCK, WHY DID HE THINK HE HAD THE RIGHT TO WAIT
UNTIL MAY 29, 2006 TO SELECT AN INITIALAUTHORIZED TREATING
PHYSICIAN TO TREAT ME FOR MY JOB INJURIES AT MCDONALD'S WHEN I

VERBAL INJURIES THAT CAN LAST ME FOR A LIFETIME AND THEY CAN CAUSE ME TO SUFFER FROM STROKES, HIGH BLOOD PRESSURE, STRESS ATTACKS , ANXIETY ATTACKS, HEADACHES AND OTHER LIFETHREATENING- FRIGHTENING- AND FEARFUL INJURIES THAT CAN BE TRAGIC AND EVEN FATAL TO MY HEALTH. I HURT, SUFFER, AND STARVE FOR MEDICINES, PRESCRIPTION DRUGS, AN INCOME TO LIVE ON, FOOD AND FOR MEDICAL ATTENTION FOR MY ON THE JOB INJURIES AT MCDONALD'S ON SEPTEMBER 27, 2005.

MY WHOLE BODY SUFFERS FROM MCDONALD'S CHEMICAL CONTAMINATIONS AND DEEP ALLERGIC REACTIONS THAT OVER FLOWS THROUGH OUT MY WHOLE BODY LIKE RUNNING WATER FLOATING ON A RIVER. I SUFFER FROM INFECTIONS, BURNINGS, ITCHINGS, SCRATCHINGS, STINGINGS, AND FROM OTHER SKIN IRRITATIONS.

I SUFFER FROM SORES IN MY HEAD, A LOSS OF HAIR, BALD SPOTS, SORES ON PARTS OF MY ENTIRE BODY AND I HAVE UGLY SPOTS OVER PARTS OF MY ENTIRE BODY THAT WON'T GO AWAY. I HAVE SKIN DISCOLORATIONS TO MY NECK, THROAT, CHEST AND TO OTHER PARTS OF MY BODY.

I ITICH, BURN, HURT, AND I HAVE PAINS ALL OVER MY BODY FROM MCDONALD'S CHEMICAL CONTAMINATIONS AND ALLERGIC REACTIONS, I SUFFER FROM HARD BLOWS TO MY HEAD, MEMORY LOSSES, HARD SLIPS AND FALLS, STRESS ATTACKS, ANXIETY ATTACKS, DEPRESSION ATTACKS, HIGH BLOOD PRESSURE ATTACKS, HEART ATTACKS, FINANCIAL HARDSHIPS, FINANCIAL WORRIES, STROKES, AND FROM OTHER BODILY INJURIES THAT CAN EVEN CAUSE DEATH TO ME AT ANY TIME.

654 HENDERSON DRIVE, APARTMENT 1
TROY, ALABAMA 36081

JANUARY 15, 2005

STATE OF ALABAMA
WORKER'S COMPENSATION DIVISION
MR. CARL PETERS, EXAMINER
649 MONROE STREET
MONTGOMERY, ALABAMA 36131

DEAR SIR:

I AM STILL WAITING FOR A RESPONSE FROM YOU AND THE WORKER'S
COMPENSATION DIVISION ABOUT MY WORKER'S COMPENSATION CLAIM
FOR MCDONALD'S, DURING MY LAST CONVERSATION WITH YOU, I WAS
INFORMED THAT YOU WOULD BE GETTING BACK IN TOUCH WITH ME
ABOUT MY CLAIM, BUT, I HAVEN'T HEARD ANOTHER WORD FROM YOU
ABOUT THIS MATTER.

AT THIS TIME, I AM SENDING WORKER'S COMPENSATION MORE INJURY
REPORTS TO FILE WITH MCDONALD'S INSURANCE CARRIER, OSHA,
WORKER'S COMPENSATION, THE STATE OF ALABAMA INSURANCE
COMMISSIONER'S OFFICE, ATTORNEY TROY KING'S OFFICE, AND WITH
GOVERNOR BOB RILEY'S OFFICE, BECAUSE OUR COUNTRY WERE FORMED
ON THE BASIS THAT ALL MEN ARE CREATED EQUAL, IT DIDN'T JUST SAY,
ALL OF MCDONALD'S MEN WERE CREATED EQUAL.

I AM CONCERNED ABOUT MCDONALD'S REFUSING TO FILE MY INJURY
REPORTS WITH THE STATE OF ALABAMA, AND BY REFUSING TO FILE
MY INJURY REPORTS WITH THE STATE OF ALABAMA, WITHIN FOURTEEN
DAYS IS A VIOLATION OF MY RIGHTS.

I AM CONCERNED ABOUT MCDONALD'S GETTING MY MEDICAL RECORDS
FROM THE HOSPITAL WITHOUT MY PERMISSION. I AM CONCERNED ABOUT
THE MCDONALD'S GIVING THE HOSPITAL, THE NURSES, AND THE DOCTOR
A WORKER'S COMPENSATION PAPERTO FILL OUT ON ME BEHIND MY
BACK AND WITHOUT TELLING ME ANYTHING ABOUT IT, THAT WAS FOR
ME TO RETURN TO WORK, BEFORE THE AMBULANCE EVEN GOT ME TO
THE HOSPITAL ON SEPTEMBER 27, 2005. I AM CONCERNED ABOUT THE
HOSPITAL AND THE DOCTOR FILLING OUT THE WORKER'S COMPENSATION

NURSES, THE DOCTOR AND THE HOSPITAL TO DO A TRICKED UP DRUG
SCREENING TEST ON ME, WHILE I WAS IN THE HOSPITAL ON SEPTEMBER
27, 2005, FOR MY ON THE JOB INJURIES WITHOUT PROVIDING ANY
MEDICAL AND EMERGENCY ROOM MEDICAL SERVICES TO ME.
MCDONALD'S HAS EVEN HAD THE ODASITY TO FILE FALSE INFORMATION
ON FORMS ABOUT ME, WHICH STATED THAT MY EMPLOYMENT WAS
TERMINATED WITH THEM, BECAUSE I QUIT MY JOB ON SEPTEMBER 27,
2005, WHEN I NEVER TOLD ANYBODY AT MCDONALD'S, OR ANY PLACE
ELSE, THAT I QUIT MY JOB AT MCDONALD'S ON SEPTEMBER 27, 2005, OR
ON ANY OTHER DATE. I HAVE NOT QUIT MY JOB AT MCDONALD'S.

I AM SADDENED AND DEEPLY TROUBLED TO KNOW THAT MCDONALD'S
COULD PAY TO GET A NEW COMPUTERIZED CASH REGISTER REPLACED,
WHEN SAMANTHA BROKE THE CASH REGISTER RIGHT IN FRONT OF MY
FACE, WHILE PLAYING ON THE JOB AT MCDONALD'S, THEY COULD HAVE
THE HOSPITAL TO SEND THEM MY MEDICAL RECORDS WITHOUT MY
PERMISSION FOR THEM TO DO SO, BUT THEY CAN'T PAY FOR MY
AMBULANCE BILL, MEDICAL BILLS, HOSPITAL BILLS, AND FOR MY
WORKER'S COMPENSATION SALARY, CHECKS, AND THE OTHER BENEFITS
THAT THE LAW ENTITLES ME TO RECEIVE FOR MY ON THE JOB INJURIES
AT MCDONALD'S.

MISS TERRI HUSSEY AND OTHER CREW MANAGERS OF MCDONALD'S HAS
ALWAYS BRAGGED AND BOASTED ABOUT MCDONALD'S HAVING NO
WORKER'S COMPENSATION FOR THE EMPLOYEES TO GET WHEN THEY
ARE HURT ON THE JOB, AND THEY OFTEN SAID, "YOU GET NOTHING,
WHEN YOU GET HURT ON THE JOB AT MCDONALDS." I HAVE SEEN YOUNG
PEOPLE, AND VERY YOUNG TEENAGERS HAVE HARD SLIPS, AND VERY
HARD FALLS,THEY HAVE GOTTEN BAD BURNS FROM CLEANING THE
GRILLS, AND THEY HAVE GOTTEN HURT REAL BAD,BUT THEY GOT NO
MEDICAL HELP FROM MCDONALD'S, AND THEY GOT NOTHING FROM
MCDONALD'S!

MCDONALDS HAS DOGGED ME OUT, HARASSED ME OUT, INTIMIDATED ME
OUT, HUMILIATED ME OUT, SLAVED ME OUT, VICTIMIZED ME OUT, RACE
BASED PROFILED ME OUT, RACIALLY ABUSED ME OUT, AND THEY HAVE
RACIALLY STRESSED ME OUT, SO THEY CAN BLACKBALL ME OUT OF MY
WORKER'S COMPENSATION MEDICAL CARE, EXAMINATIONS,
TREATMENTS, MY SALARY, MY CHECKS, AND OTHER BENEFITS THAT THE
LAW ENTITLES ME TO RECEIVE FOR MY ON THE JOB INURIES AT
MCDONALD'S, WHEN MANY TIMES, I WAS THE ONLY PERSON WHO
WORKED UNTIL CLOSING TIME ON MY SHIFT, AND I WAS THE ONLY
EMPLOYEE WHO WORKED TWO DAYS IN A ROW WITH DIFFERENT
MANAGERS, FROM 5:00P.M. UNTIL 4:30A.M., AFTER SAMANTHA BROKE THE
CASH REGISTER, WHILE PLAYING ON THE JOB RIGHT IN FRONT OF MY
FACE AT MCDONALD'S.

Miss Margie Florence Barrow
654 Henderson Drive, Apartment 1
Troy, Alabama 36081

November 21, 2006

State of Alabama
Worker's Compensation Division,
And Mr. Joseph Ammons,
649 Monroe Street
Montgomery, Alabama 36131

Dear Sir:

This letter confirms my telephone conversations with You, Mr. Steve Kaylor, and the
State of Alabama Worker's Compensation Division on November 2, 2006 about
McDonald's refusing to take responsibility for my Job injury, Chemical Contaminations,
Bacterial Infections/and or Occupational Diseases that I received while working in the
line of duty on my job at McDonald's on September 27, 2005.

I have been begging you, Mr. Carl Peters, Mr. Scotty Spates, Mr. Steve Kaylor, Ms.
Sally Thimes, Ms. Alice Mckinney, The Ombudsmen For The State Of Alabama, The
State of Alabama Worker's Compensation Division, and The Department of Industrial
Relations to help me solve problems with my Worker's Compensation Claim that
McDonald's has been giving me for over one full year.

On November 2, 2006, you informed me, that you would be willing to try and help me
solve issues about my Worker's Compensation claims with McDonald's, and you told me
to write down issues about my Worker's Compensation Claim with McDonald's that I
wanted you to help me with, and you sounded very upset with me because you thought
that, I called you all the Ku Klux Klan, and you stated that, I was always accusing you
all of something.

Mr. Ammons, you referred me to talk with Mr. Steve Kaylor about my Worker's
Compensation Claims with McDonald's, and when talking with Mr. Steve Kaylor, he
said that my name rung a bell with him, and he let me know that there were no freedom
for my name in his bell for me, while he promised that he would have somebody to call
me back about my Worker's Compensation Claim on November 2, 2006, and it is now
November 21, 2006, and nobody has contacted me from The Worker's Compensation
Division about my Worker's Compensation Claim with McDonald's, and to this date,
which is November 21, 2006, I have received no response from your office about this
matter.

I would never label you or anybody else as being The Ku Klux Klan, but when White
Folks treat me, like the Ku Klux Klan has always treated Black Folks, and when White

Folks do the things to me, that the Ku Klux Klan has always done to Black Folks, what other observations, identity, conclusions, or hypothesis would The Worker's Compensation Division, The Department of Industrial Relations, and The State Of Alabama expect from me? During my conversation with you on November 2, 2006, you instructed me to write down issues about my Worker's Compensation Claim that I wanted you, and The Worker's Compensation Division to work on for me with McDonald's.

I am sending you this information for a second time, Mr. Ammons, I want you and The Worker's Compensation Division to help McDonald's, and Gallagher Bassett Services to understand that the law guarantees me a benefit certain in the event of my On-The Job Injury and Occupational Diseases, and that Worker's Compensation Insurance Coverage for McDonald's should be the exclusive remedy for my On-The Job Injuries and my Occupational Diseases, that I received while working on my job, in the line of duty, at McDonald's on September 27, 2005.

I want you and The Worker's Compensation Division to help me receive the medical care, treatments, examinations, medicine, prescription drugs, help, care, services, wages, income, and other benefits that the law entitles me to receive for my Job Injuries, and my Occupational Diseases that I got while working on my job, in the line of duty, at McDonald's on September 27, 2005.

McDonald's stopped the doctor, the emergency room, and the hospital from treating me for my Job Injuries, and my Occupational Diseases before Haynes Ambulance Service ever got me to the hospital on September 27, 2005, they had the doctor to fill them a paper out on me behind my back, and without telling me anything about it that said, I was to return to work before the ambulance ever got me to the hospital, and they have stopped the Southeast Alabama Rural Health Clinic from providing medical care, examinations, treatments, help, and other services to me that the law entitles me to receive for my Job Injuries and Occupational Diseases.

McDonald's has refused to refer me to an Authorized Treating Physician for my Job Injuries and Occupational Diseases for over one full year so they can sweep my job injuries under the rug, and so they can blackball me out of my Worker's Compensation medical care, services, treatments, examinations, wages, and other benefits that the Law entitles me to receive for my job injuries..

Mr. Ammons, I suffer from hard blows to my head, headaches, neck, throat, chest, shoulder, arm, hip, leg, waist, back, other bone injuries, stress, depression, emotional harm, mental anguish, psychological abuse, and other types of bodily injuries. I suffer from Bacterial Infections and Chemical Contaminations that floats throughout my body which causes me to have all types of skin discolorations, skin infections, scalp infections, hair losses, baldness, and other bodily infections which causes me to have big, puffy, and swollen bruises on parts of my body, and skin discolorations on my body that causes me to be in huge amounts of pain.

Your immediate response to problems with my employer will be greatly appreciated, because, I have been begging The Worker's Compensation Division for over one full year to help me with problems that McDonald's has been giving me about job injuries that I received while working in the line of duty at McDonald's on September 27, 2005. Please excuse all typographical errors in this document. Thank you.

Please Forward a copy of this document to Ms. Teresa and Mr. Spates also.

Respectfully yours,

*Margie Florence Barrow*

Margie Florence Barrow

mfb


CC:    HOUSE OF REPRESENTATIVES

Note: 12-14-06, I have received no response from your office regarding this letter which were mailed to your office approximately three weeks ago. I am still hurt, I can't get medical attention for on the job injuries, that I received while working on my job in the line of duty at McDonald's on September 27, 2006. Troy Regional Medical Center could not provide medical care, services, treatments, medicine, and X-Rays for my job injuries because I did not have the money to pay for their medical services, therefore, I was turned down for medical care on December 11, 2006, because, I could not afford to pay the bill for job injuries that I received at McDonald's on September 27, 2006. McDonald's has stopped doctors, the hospital, and the Clinic from treating me for my job injuries at McDonald's to no endless avail.

I mailed this letter to your office on November 21, 2006, and I have received no response to this letter from your office to this present date, and time, which is December 14, 2006. Thanking you in advance to your earliest response to this matter.


Respectfully yours,

*Margie Florence Barrow*

Margie Florence Barrow

Because of McDonald's, I have no Christmas, I can't enjoy Christmas with my family. I have medical problems that I can get no medical attention for because of Job Injuries that I received at McDonald's on September 27, 2006.
   mfb


Enclosure:   Added Documentations

              I am researching issues about My Worker's Compensation Claim
              with THE HOUSE OF REPRESENATIVES FOR THE STATE OF ALABAMA, THE
              HOUSE OF THE SENATE, AND THE ENTIRE STATE LEGISLATURE"S OFFICE
              because, I want to know why McDonald's and Gallagher Bassett
              Services think, I should suffer for My Worker's Compensation
              Benefits, Medical Care, Treatments, Income, Etc.

TO:              THE STATE OF ALABAMA
                DEPARTMENT OF INDUSTRIAL RELATIONS
                          AND
                GOVERNOR BOB RILEY

FROM:        MISS MARGIE FLORENCE BARROW
DATE:          MAY 27, 2006

SUBJECT:    THE WORKER'S COMPENSATION DIVISION IS GUILTY OF
                SYSTEMATIC PATTERNS AND PRACTICES OF PREMEDITATED-
                PLOTTED- AND -WELL PLANNED WHITE MASTER SLAVERY
                DISCRIMINATION AND POWERFUL WHITE HATE GROUP
                CONSPIRACIES AGAINST ME TO VIOLATE MY CIVIL RIGHTS
                AND SWEEP MY JOB INJURIES UNDER THE RUG SO THEY
                CAN BLACKBALL ME OUT OF MY WORKER'S
                COMPENSATION RIGHTS, SALARY AND BENEFITS FOR
                MCDONALD'S AND OTHER POWERFUL WHITE HATE GROUP
                EMPLOYERS

AS A BLACK NATIVE, A PROFESSIONAL BLACK TEACHER, AND AN
EDUCATOR IN MY COMMUNITY FOR APPROXIMATELY TWENTY-NINE
YEARS, A NATURAL BORN CITIZEN OF TROY, PIKE COUNTY, ALABAMA
AND THE UNITED STATES OF AMERICA, I LIVE IN A COUNTRY THAT IS
SUPPOSED TO BE THE LAND OF THE FREE AND THE HOME OF THE BRAVE
WHERE WE SING MY COUNTRY TIS OF THEE EVERYDAY, AND WITH THIS
BEING THE CASE, I WANT TO KNOW WHY YOU WHITE FOLKS STILL TREAT
US BLACK FOLKS THIS WAY, WHY DO YOU WHITE FOLKS MAKE ME A
NIGGER, AND WHY DO YOU WHITE FOLKS STILL MAKE ME A SLAVE EVEN
IN THESE DAYS?

AS A PART AND A PRODUCT OF A TOWN, COMMUNITY, A STATE, AND A
WORLD THAT HAS BEEN RUN BY WHITE FOLKS AND CONTROLLED BY
RACISM FOR MY ENTIRE LIFETIME, I FILE THESE SYSTEMATIC CIVIL
RIGHTS COMPLAINTS AGAINST MR. GARY WEST, MS. JOAN PASSMORE,
MR. JOSEPH AMMONS, MR. CARL PETERS, MR. SCOTTY SPATES, MS. SALLY
THIMES, OTHER RACIST STATE EMPLOYEES, THE WORKER'S
COMPENSATION DIVISION AND THE DEPARTMENT OF INDUSTRIAL
RELATIONS FOR THE STATE OF ALABAMA.

MR. GARY WEST, MS. JOAN PASSMORE, MR. JOSEPH AMMONS, MR. CARL
PETERS, MR. SCOTTY SPATES, MS. SALLY THIMES AND OTHER WHITE

RACIST EMPLOYEES WHO WORKS WITHIN THE WORKER'S COMPENSATION
DIVISION FOR THE STATE OF ALABAMA HAS PRACTICED SYSTEMATIC
PATTERNS OF PREMEDITATED-PLOTTED-AND WELL PLANNED RACE
BASED RACISM, RACIAL DISCRIMINATION, WHITE MASTER SLAVERY TIME
DISCRIMINATION, RACIAL: PROFILING, STEREOTYPING, TARGETING,
VICTIMIZING AND POWERFUL WHITE HATE GROUP CONSPIRACIES
AGAINST ME TO VIOLATE MY CIVIL RIGHTS, MAKE ME A BLACK NIGGER,
MAKE ME A  BLACK SCAPEGOAT AND MAKE ME A BLACK SLAVE  FOR
WHITE FOLKS, WHITE HATE GROUPS, AND FOR POWERFUL WHITE HATE
GROUP EMPLOYERS WHOM ARE NOTHING BUT THE MOB CROWDS AND
THE KU KLUX KLAN FROM APPROXIMATELY AUGUST OF 1999 TO THIS
PRESENT TIME, WHICH IS MAY OF 2006.

 THEY SWEEP MY  JOB INJURIES UNDER THE RUG AND BLACKBALL ME
OUT OF MY WORKER'S COMPENSATION MEDICAL CARE, EXAMINATIONS,
TREATMENTS, SALARIES AND OTHER BENEFITS WITH MALICE, ILL WILL,
AND WITH RECKLESS INDIFFERENCES TO MY FEDERALLY PROTECTED
RIGHTS SO THEY CAN KEEP ME HOMELESS, HOPELESS, HUNGRY,
HELPLESS, FUTURELESS, CAREERLESS, MONEYLESS, FOODLESS AND
JOBLESS, LIBERTYLESS AND ENSLAVED INTO A DEEP LIFE OF
EVERLASTING POVERTY FOR THE STATE OF ALABAMA, THE CITY OF
TROY, PIKE COUNTY, WHITE FOLKS, WHITE HATE GROUPS, MR. JIM CROW,
MR. CHARLIE AND FOR POWERFUL HATE GROUP EMPLOYERS WHOM ARE
NOTHING BUT THE MOB CROWDS AND THE KU KLUX KLAN.

MR. CARL PETERS HAS USED THE COLOR OF HIS FACE, HIS RACE, AND  THE
SLAVE DAYS TO SYSTEMATICALLY RACIALLY ATTACK, HARASS,
HUMILIATE, INTIMIDATE, ABUSE, HARM, DISCRIMINATE AGAINST ME AND
HURT ME WITH RACIST INTENTS TO EVEN KILL ME AND HE HAS MADE
RACIAL THREATS TO ME ABOUT NOT BEING ABLE TO FIND A LAWYER TO
TAKE MY CASE.

 MR. CARL PETERS MADE OTHER RACIST AND OFFENSIVE LIFE-
THREATENING REMARKS AND STATEMENTS TO ME ABOUT MY JOB
INJURIES AT MCDONALD'S WITH RACIST INTENTS TO WORK AGAINST ME
 AND SWEEP MY JOB INJURIES UNDER THE RUG SO THEY CAN  CONTINUE
TO BLACKBALL ME OUT OF MY WORKER'S COMPENSATION RIGHTS,
MEDICAL CARE, EXAMINATIONS, TREATMENTS, SERVICES , BENEFITS AND
MY SALARY FOR THE WHITE OWNERS OF MCDONALD'S.

THE WORKER'S COMPENSATION DIVISION FOR THE STATE OF ALABAMA
HAS PRACTICED SYSTEMATIC RACIAL HATE GAMES, WHITE HATE GROUP
CRIMES AND POWERFUL WHITE HATE GROUP CONSPIRACIES AGAINST ME
TO VIOLATE MY CIVIL RIGHTS AND BLACKBALL ME OUT OF MY
WORKER'S COMPENSATION BENEFITS  FOR MR. JIM CROW, MR. CHARLIE,
THE WHITE MAN, WHITE FOLKS AND FOR POWERFUL WHITE HATE GROUP

EMPLOYERS WHOM ARE NOTHING BUT THE MOB CROWDS AND THE KU KLUX KLAN FROM APPROXIMATELY AUGUST OF 1999 TO THIS PRESENT TIME WHICH IS MAY 27, 2006.

MR. SCOTTY SPATES HAS REFUSED TO RESPOND TO ALL OF THE MESSAGES AND THE MANY TELEPHONE CALLS THAT I HAVE MADE TO HIS OFFICE SO THAT I COULD FILE RACIAL DISCRIMINATION COMPLAINTS AGAINST MR. CARL PETERS AND THE STATE OF ALABAMA FROM APPROXIMATELY JANUARY 16, 2006 UNTIL THIS PRESENT TIME WHICH IS MAY 27, 2006.

THE WORKER'S COMPENSATION DIVISION REFUSED TO CONNECT ME WITH THE OMBUDSMAN SECTION FOR THE STATE OF ALABAMA FOR APPROXIMATELY SIX MONTHS OR MORE, AND AFTER I HAD BEEN TRYING TO SPEAK WITH AN OMBUDSMAN FOR APPROXIMATELY SIX MONTHS, THEY DECIDED TO CONNECT ME WITH MR. JOHN LEWIS' VOICE MAIL SO THAT I COULD SPEAK WITH AN OMBUDSMAN ABOUT MY WORKER'S COMPENSATION CLAIM.

MR. JOHN LEWIS RETURNED MY TELEPHONE CALL AND HE TOLD ME THAT I SHOULD CALL MS. SALLY THIMES ABOUT OMBUDSMAN SERVICES FOR THE STATE OF ALABAMA. MS. SALLY THIMES RETURNED MY TELEPHONE CALL ON APPROXIMATELY MARCH 30, 2006, MS. THIMES STATED THAT SHE WOULD CALL ME BACK AND THAT SHE WOULD BE TELLING ME WHO WOULD BE HANDLING MY CLAIM, IT IS NOW MAY 27, 2006, AND I HAVEN'T HEARD FROM MS. SALLY THIMES ABOUT MY CLAIM YET!

THE WORKER'S COMPENSATION DIVISION FOR THE STATE OF ALABAMA HAS BEEN RACIALLY REFUSING TO PROVIDE ME WITH OMBUDSMAN SERVICES FOR JOB INJURY CLAIMS SINCE APPROXIMATELY AUGUST OF 1999 TO THIS PRESENT TIME WHICH IS MAY 27, 2006.

IT IS SAD, DISTRESSING, UPSETTING, DEPRESSING AND VERY DISTURBING TO KNOW THAT THE STATE OF ALABAMA AND THE DEPARTMENT OF INDUSTRIAL RELATIONS USES BLACK FOLKS TO SPREAD THEIR RACISM ON THE LIVES OF US BLACK FOLKS LIKE PEANUT BUTTER SO THEY CAN SWEEP JOB INJURIES UNDER THE RUG AND BLACKBALL US BLACK FOLKS OUT OF OUR WORKER'S COMPENSATION RIGHTS AND BENEFITS FOR MR. JIM CROW, THE WHITE MAN, WHITE FOLKS, MR. CHARLIE AND FOR POWERFUL WHITE HATE GROUP EMPLOYERS WHOM ARE NOTHING BUT THE MOB CROWDS AND THE KU KLUX KLAN.

WHITE FOLKS HAS ALWAYS USED BLACK FOLKS TO DO THEIR DIRTY WORK TO OTHER BLACK FOLKS, AND WHEN WHITE FOLKS USES BLACK FOLKS TO DO THEIR DIRTY WORK TO OTHER BLACK FOLKS, THEY CALL IT SICKENING A NIGGER, ON NIGGERS!

THE WHITE MAN, WHITE FOLKS, WHITE HATE GROUPS, MR. JIM CROW, MR. CHARLIE, THE MOB CROWDS AND THE KU KLUX KLAN ALWAYS USES OTHER BLACK FOLKS TO SPREAD RACISM ON THE LIVES OF US BLACK FOLKS AND THEY HAVE ALWAYS USED OTHER BLACK FOLKS TO DO THEIR DIRTY WORK TO US BLACK FOLKS SINCE THE SLAVE DAYS, AND THEY DO IT IN THESE DAYS TOO!

Margie "Florence Barrow"

OF 1974, 1975, 1985, AND 1992, AS AMENDED, WITH REFERENCES TO VOLUME 15, BEGINNING WITH SECTION 25-5-1, IN THE CODE OF ALABAMA. THE INSURANCE CARRIER IS REQUIRED TO PAY FOR THE COST OF REASONABLE AND NECESSARY MEDICAL SERVICES, CAS. INS., CO. V. MCDONALD'S, 567 SO. 2d 1208 (ALA. 1990). OUTRAGEOUS AND INTENTIONAL TORTS CAN OCCUR IN A WORKPLACE, AUSTIN VS. RYAN'S STEAKHOUSE, 668 So. 2d 806, (ALA. CIV. APPEAL). MANAGER HAS TO OBTAIN A SAFE WORKPLACE FOR THE EMPLOYER, BUSBY N. TRUSWAL SYSTEMS CORP. 551 So. 2d 322, (ALA. 1989) LOSS OF SERVICE EXCLUSIVELY PROVISIONS, MURDOCK V. STEED PROCESSING SERVICE, INC. 581 So. 2d 840 (ALA.1991). JURISDICTION IS SPECIFICALLY CONFERRED ON THE COURT BY THE 1975 CODE OF ALABAMA STATUTE, EQUITABLE AND OTHER RELIEF ARE ALSO SOUGHT IN VOLUME 15, OF 1975 CODE OF ALABAMA STATUTE.

THE ACTS COMPLAINED OF IN THIS SUIT CONCERN:


1.   MCDONALD'S BLACKBALLING ME OUT OF MY WORKER'S COMPENSATION MEDICAL CARE, HELP, TREATMENTS, EXAMINATIONS,
     SERVICES, AND OTHER BENEFITS AT TROY REGIONAL MEDICAL CENTER ON SEPTEMBER 27, 2005.

2.   MCDONALD'S WRONGFUL TERMINATION, AND THEIR RETALIATORY DISCHARGE SO THEY COULD SWEEP MY JOB INJURIES
     UNDER THE RUG, AND SO THEY COULD KEEP FROM PAYING WORKER'S COMPENSATION BENEFITS TO ME.

3.   MCDONALD'S REFUSAL TO PROVIDE WORKER'S COMPENSATION MEDICAL CARE, HELP, SERVICES, TREATMENTS,
     EXAMINATIONS, MEDICINES, PRESCRIPTION DRUGS, WAGES, AUTHORIZED TREATING PHYSICIANS, INITIAL TREATING
     PHYSICIANS, EXCLUSIVE REMEDIES FOR MY JOB INJURIES, WAGES, AND OTHER BENEFITS THAT THE WORKER'S
     COMPENSATION LAWS FOR THE STATE OF ALABAMA ENTITLES ME TO RECEIVE FOR MY JOB INJURIES AT MCDONALD'S
     ON SEPTEMBER 27, 2005 WITH MALICE, ILL WILL, AND WITH RECKLESS INDIFFERENCES TO MY STATE AND MY FEDERALLY
      PROTECTED RIGHTS.

3.   MCDONALD'S PRACTICES PATTERNS OF PREMEDITATED-PLOTTED- AND WELL-PLANNED HARASSMENT, HUMILIATION,
      INTIMIDATION, INTENTIONAL JOB DISCRIMINATION, PSYCHOLOGICAL ABUSE, EMOTIONAL HARM, MENTAL ANGUISH, HATE
      GAMES, HATE CRIMES, AND THEY HAVE PRACTICED APPROXIMATELY TWO FULL YEARS OF WHITE POWER CONTROLLED
      RACIAL HATE GROUP CONSPIRACIES AGAINST ME WITH GALLAGHER BASSETT SERVICES, TROY REGIONAL MEDICAL CENTER,
      PIKE INTERNAL MEDICINES, MR. JOHN LITTLE, MS. MARY ANN NORTON, DR. JOHN BLOUGH, DR. BEN SMITH, DR. DAVID
      RUNYON, MS. TONYA RICHARDS, THE SOUTHEAST ALABAMA RURAL

Mrs. Donna Stephens, Mr. Jeff Stephens, Mr. Fletcher Reeder, Mrs. Kristina Stephens, Miss Teri Husk, Miss Palmer Taylor and the McDonner Car has used Mr. Eric Boland and Mrs. Brenda Jones as House Slave And Uncle Toms, For they have used them to do their dirty work to me, they have used them to spread them round on me, and they have used them to help black ball me out of My

*Tort Claims / Wrongful Discharge etc,*

OF 1974, 1975, 1985, AND 1992, AS AMENDED, WITH REFERENCES TO VOLUME 15, BEGINNING WITH SECTION 25-5-1, IN THE CODE OF ALABAMA. THE INSURANCE CARRIER IS REQUIRED TO PAY FOR THE COST OF REASONABLE AND NECESSARY MEDICAL SERVICES, CAS. INS., CO. V. MCDONALD'S, 567 SO. 2d 1208 (ALA. 1990). OUTRAGEOUS AND INTENTIONAL TORTS CAN OCCUR IN A WORKPLACE, AUSTIN VS. RYAN'S STEAKHOUSE, 668 So. 2d 806, (ALA. CIV. APPEAL). MANAGER HAS TO OBTAIN A SAFE WORKPLACE FOR THE EMPLOYER, BUSBY N. TRUSWAL SYSTEMS CORP. 551 So. 2d 322, (ALA. 1989) LOSS OF SERVICE EXCLUSIVELY PROVISIONS, MURDOCK V. STEED PROCESSING SERVICE, INC. 581 So. 2d 840 (ALA.1991). JURISDICTION IS SPECIFICALLY CONFERRED ON THE COURT BY THE 1975 CODE OF ALABAMA STATUTE, EQUITABLE AND OTHER RELIEF ARE ALSO SOUGHT IN VOLUME 15, OF 1975 CODE OF ALABAMA STATUTE.

THE ACTS COMPLAINED OF IN THIS SUIT CONCERN:


1.   MCDONALD'S BLACKBALLING ME OUT OF MY WORKER'S COMPENSATION MEDICAL CARE, HELP, TREATMENTS, EXAMINATIONS,
     SERVICES, AND OTHER BENEFITS AT TROY REGIONAL MEDICAL CENTER ON SEPTEMBER 27, 2005.

2.   MCDONALD'S WRONGFUL TERMINATION, AND THEIR RETALIATORY DISCHARGE SO THEY COULD SWEEP MY JOB INJURIES
     UNDER THE RUG, AND SO THEY COULD KEEP FROM PAYING WORKER'S COMPENSATION BENEFITS TO ME.

3.   MCDONALD'S REFUSAL TO PROVIDE WORKER'S COMPENSATION MEDICAL CARE, HELP, SERVICES, TREATMENTS,
     EXAMINATIONS, MEDICINES, PRESCRIPTION DRUGS, WAGES, AUTHORIZED TREATING PHYSICIANS, INITIAL TREATING
     PHYSICIANS, EXCLUSIVE REMEDIES FOR MY JOB INJURIES, WAGES, AND OTHER BENEFITS THAT THE WORKER'S
     COMPENSATION LAWS FOR THE STATE OF ALABAMA ENTITLES ME TO RECEIVE FOR MY JOB INJURIES AT MCDONALD'S
     ON SEPTEMBER 27, 2005 WITH MALICE, ILL WILL, AND WITH RECKLESS INDIFFERENCES TO MY STATE AND MY FEDERALLY
        PROTECTED RIGHTS.

3.   MCDONALD'S PRACTICES PATTERNS OF PREMEDITATED-PLOTTED- AND WELL-PLANNED HARASSMENT, HUMILIATION,
        INTIMIDATION, INTENTIONAL JOB DISCRIMINATION, PSYCHOLOGICAL ABUSE, EMOTIONAL HARM, MENTAL ANGUISH, HATE
        GAMES, HATE CRIMES, AND THEY HAVE PRACTICED APPROXIMATELY TWO FULL YEARS OF WHITE POWER CONTROLLED
        RACIAL HATE GROUP CONSPIRACIES AGAINST ME WITH GALLAGHER BASSETT SERVICES, TROY REGIONAL MEDICAL CENTER,
        PIKE INTERNAL MEDICINES, MR. JOHN LITTLE, MS. MARY ANN NORTON, DR. JOHN BLOUGH, DR. BEN SMITH, DR. DAVID
        RUNYON, MS. TONYA RICHARDS, THE SOUTHEAST ALABAMA RURAL

TO:         THE UNITED STATES EQUAL EMPLOYMENT
            OPPORTUNITY COMMISSION
DATE:           MARCH 15, 2006


THE COMMISSIONERS AND GENERAL COUNSEL


COMMISSIONERS:

CARI M. DOMINGUEZ,      CHAIR

NAOMI C. EARP,          VICE CHAIR

PAUL STEVEN MILLER,     COMMISSIONER

LESLIE E. SILVERMAN     COMMISSIONER

STUART J. ISHIMARU,     COMMISSIONER


THE GENERAL COUNSEL

    ERIC DREIBAND


I AM A SYSTEMATIC RACIAL VICTIM OF MR. JAMES N. LEE, MR. DONALD
C. BURRIS, MS. AARON HALLAWAY, MR. SAMUELS HALL, MR. OSCAR
LEWIS, MR. GILBERT CASELLAS, MR. PAUL M. IGASAKI, MRS. GLENDA
BRYAN BROOKS, MS. CYNTHIA PIERRE, MR.GODFREY D. DUDLEY, MR. ROD
CHILDREN, MS. LINDA C. ROSS, MR. GOSA, MR. CHARLES (CHUCK)
GUERRIER, MS. TONI BASKIN, MS. DEBRA LEO, MS. IDA CASTRO, MS.
JACQUELINE BRADLEY, MS. ERIKA LACOU, OTHER UNCLE TOM EEOC
BLACK EMPLOYEES AND ADMINISTRATORS, AND WHITE EEOC
EMPLOYEES AND ADMINISTRATORS WHOM ARE THE SONS AND
DAUGHTERS OF THE WHITE MAN, MR. JIM CROW, THE MOB CROWDS, THE
KU KLUX KLAN, AND THE UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION SINCE APPROXIMATELY AUGUST OF 1997 TO
THIS PRESENT TIME, WHICH IS MARCH OF 2006.

I ASK THAT THE COMMISSIONERS AND THE GENERAL COUNSEL PROCESS
ALL CLAIMS OF EMPLOYMENT DISCRIMINATION THAT THEY HAVE

UNLAWFULLY DISMISSED OF MINE, AND ALL CLAIMS THAT THEY STILL REFUSE TO PROCESS, INVESTIGATE, AND RESOLVE THAT I HAVE FILED WITH THEM FROM APPROXIMATELY AUGUST OF 1997 TO THIS PRESENT TIME WHICH IS MARCH OF 2006. THEY ABUSE ME AND MY CIVIL RIGHTS WITH MALICE, ILL WILL, AND WITH RECKLESS INDIFFERENCES TO MY FEDERALLY PROTECTED RIGHTS. THEY HURT ME SO THEY CAN PROTECT THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS, AND THE KU KLUX KLAN. I ASK THE COMMISSION TO PROCESS ALL DISCRIMINATION COMPLAINTS THAT I HAVE FILED AGAINST THE COMMISSION FROM APPROXIMATELY MAY OF 1997 ( TO) THIS PRESENT TIME WHICH IS MARCH OF 2006.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION CAUSES ME TO LIVE AND SUFFER THROUGH COUNTLESS AND ENDLESS PHYSICAL, EMOTIONAL, VERBAL, STRESSFUL, AND LIFETHREATENING, FRIGHTENING, AND FEARFUL EMOTIONAL INJURIES THAT WILL LAST ME FOR THE REST OF MY LIFE. THEY HAVE HELPED WHITE FOLKS, THE WHITE MAN, AND THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS, AND THE KU KLUX KLAN STEAL, ROB, AND RAPE ME OF JOBS, MY CIVIL, RIGHTS, MY HUMAN RIGHTS, MY CONSTITUTIONAL RIGHTS, MY LIFE, LIBERTY, AND ALL PURSUITS OF HAPPINESS.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION HAS WHITE  HATE GROUPS LAW ENFORCEMENT OFFICIALS, WHITE FOLKS, WHITE HATE GROUPS, AND UNCLE TOM BLACK FOLKS IN MY HOMETOWN AND EVERYWHERE ELSE RACIAL PROFILING, STEREOTYPING, TARGETING, VICTIMIZING ME, SINGLING ME OUT AND THEY MAKE BLACK SLAVES OUT OF ME/MY FAMIILY, THEY ATTACK, HARASS, HUMILIATE, INTIMIDATE, THREATEN, DISCRIMINATE AGAINST US, CURSE US OUT, TAKE OUR RIGHTS AWAY FROM US, AND THEY ATTEMPT TO FIGHT US IN A MOB CROWD LYNCHING, UNCLE TOM, AND A WHITE MASTER SLAVERY TIME DISCRIMINATION  KU KLUX KLAN STYLE.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION HAS WHITE FOLKS AND WHITE HATE GROUPS WHOM ARE THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS AND THE KU KLUX KLAN BLACKBALLING ME OUT OF JOBS, TAKING JOBS AWAY FROM ME, CAUSING ME TO GET HURT ON JOBS,AND THEY TRY TO FIGHT ME ON JOBS, AT THE DOCTOR'S OFFICE AND EVERYWHERE ELSE THAT I GO.

AT THIS TIME, I FILE SYSTEMATIC RACIAL DISCRIMINATION COMPLAINTS AGAINST THE MCDONALD'S CORPORATION FOR PRACTICNG SYSTEMATIC PREMEDITATED-PLOTTED-AND WELL PLANNED PATTERNS AND PRACTICES OF RACISM, RACIAL: PROFILING, STEREOTYPING, TARGETING, VICTIMIZING, RACIAL HATE GROUP GAMES, WHITE HATE GROUP CRIMES, MOB CROWD LYNCHINGS, KU KLUX KLAN EMPLOYMENT SEGREGATION,

INTENTIONAL JOB DISCRIMINATION, WHITE MASTER SLAVERY TIME EMPLOYMENT DISCRIMINATION AND POWERFUL WHITE HATE GROUP CONSPIRACIES AGAINST ME TO VIOLATE MY CIVIL RIGHTS FOR WHITE FOLKS, WHITE HATE GROUPS, AND POWERFUL WHITE HATE GROUP EMPLOYERS WHOM ARE THE SONS AND DAUGHTERS OF MR. JIM CROWE, THE MOB CROWDS, AND THE KU KLUX KLAN.

THEY BLACKBALL ME OUT OF JOBS, HOURS OF EMPLOYMENT, JOB TRAINING, MY WAGES, JOB ASSIGNMENTS, JOB CLASSIFICATION AND SEGREGATION, TERMINATION, OTHER TERMS, PRIVILEGES, AND CONDITIONS OF MY EMPLOYMENT, AND MY WORKER'S COMPENSATION MEDICAL CARE, SERVICES, TREATMENTS, SALARY, INCOME, AND OTHER BENEFITS WITH MALICE, ILL WILL, AND WITH RECKLESS INDIFFERENCES TO MY FEDERALLY PROTECTED RIGHTS AND WITH RACIST INTENTS TO MAKE ME SUFFER, DESTROY ME, TAKE MY LIFE, LIBERTY AND MY PURSUIT OF HAPPINESS AWAY FROM ME SO THEY CAN KEEP ME HOMELESS, HELPLESS, HOPELESS, HUNGRY, JOBLESS, CAREERLESS, FUTURELESS AND ENSLAVED INTO A DEEP LIFE OF POVERTY FOR WHITE FOLKS, WHITE HATE GROUPS AND FOR POWERFUL WHITE HATE GROUP EMPLOYERS WHOM ARE THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS, AND THE KU KLUX KLAN.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION HAS MADE ME THEIR SYSTEMATIC NIGGER, SLAVE, AND VICTIM OF RACIAL DISCRIMINATION, WHITE MASTER SLAVERY TIME EMPLOYMENT DISCRIMINATION, RACIST INTENTIONAL JOB DISCRIMINATION AND VICTIMS OF THE MOB CROWDS AND THE KU KLUX KLAN. THEY HAVE WORKED AGAINST ME WITH POWERFUL WHITE HATE GROUP EMPLOYERS AND THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS, AND THE KU KLUX KLAN AND THEY TAKEN AWAY MY JOBS, EQUAL EMPLOYMENT OPPORTUNITIES AND THE FULL BENEFITS OF THE LAW.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION HAS BLACKBALLED ME OUT OF RESOLVING EVERY CLAIM THAT I HAVE FILED WITH THEM FROM APPROXIMATELY FEBRUARY OF 1997 TO THIS PRESENT TIME WHICH IS MARCH OF 2006 WITH MALICE, ILL WILL, AND WITH RECKLESS INDIFFERENCES TO MY FEDERALLY PROTECTED RIGHTS' WITH PREMEDITATED-PLOTTED-AND WELL PLANNED RACIST INTENTS TO KEEP JUSTICE FROM PREVAILING IN MY LIFE, HOME, COMMUNITY, AND MY COUNTRY.

THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION CREATES FUTURE EMPLOYMENT DISCRIMINATION FOR ME, AND ALL KINDS OF OTHER MOB CROWD LYNCHING AND KU KLUX KLAN DISCRIMINATION FOR ME AND MY FAMILY. THEY HAVE FAILED TO OPEN MY DISCRIMINATION CLAIMS TO THE PUBLIC EYE, THEY KEEP MY CLAIMS

IN THE CLOSET, THEY SWEEP MY CLAIMS UNDER THE RUG FOR WHITE FOLKS, WHITE HATE GROUPS, POWERFUL WHITE HATE GROUP EMPLOYERS AND THE SONS AND DAUGHTERS OF MR. JIM CROW, THE MOB CROWDS, AND THE KU KLUX KLAN.  THANKING YOU IN ADVANCE TO YOUR CONCERNS TO THIS MOST URGENT MATTER.


NOTE.  PLEASE EXCUSE ALL TYPOGRAPHIGAL ERRORS!


SIGNATURE _____


654 HENDERSON DRIVE, APARTMENT 1
TROY, ALABAMA 36081


TELEPHONE NUMBER  334-566-4403