In The United States District Court For The Middle District Of Alabama Northern Division!

Case! 2:07 cv 918

Margie Florence Barrow

Plaintiff

V

The McDonald's Corporation & J & J Expandable Enterprises, Inc.

Motion

I make this motion For the Court to extend, more time for me to turn in more

Materials that are relevant to my Case against J+J Expandables + The McDonald's Corporation due to My illnesses because of my Workplace injuries at McDonalds', being Unable to get medical attention for over two full years Causes me to have several mental, emotional, physical, and psychological injuries that prevents me from functioning as the average and normal human being would function. I'm not an Attorney, I tried to get over probably 20 attorneys to take my Case, J+J Expandables + McDonalds Could pay them off to keep from Filing Suits against them

I have no money, I can't Pay them, McDonald's and J+J Expandables can buy attorneys off. Please give me more time to turn Documents in your Order that I received from you recently that were due on 01/28/05, and 01/30/05,

Thank you.

I ask that this Court give me more time to Submit documents about my Case and the damages that I am Seeking.

Thank You!

To: Mr. Eric Blount, Manager
The McDonald's Corporation

From: Miss Margie Florence Barrow

Date: May 24 2005

Subject: Systematic Workplace Violence – Discrimination – Harassment, Etc. ~~Ham~~ McDonald's

Mr. Blount, thank you for allowing me the opportunity to join the working [illegible] McDonald. I came to McDonald. I did not come to McDonald to work, play, to show fights, arguments and [illegible] with the other employees. ~~of McDonald~~

I am a professional person, I believe in ~~Doing unto Others~~ the Golden Rule – Do unto Others as you would have them to do unto you. [illegible] I don't believe in doing [illegible] to them [illegible] they [illegible] [illegible] [illegible]

Since, I have been employed as McDonald the other employees have cursed me out (Mon) on (16) Tues. (17) -21st

Who [illegible] are connecting to Check meter — Since My meter? Why is My meter turning Faster than the other [illegible], Why

On Tuesday

Since, I have been employed with the Company, I have been cursed out by another one of your employees because I ~~was cleaning up the place and~~ followed your office when cleaning up the restaurant, however, there [illegible] only [illegible]

---

Ms. Sara systematically harassed, humiliated, intimidated, ~~and~~

---

I have been systematically and periodically harassed, humiliated, Frustrated intimidated and cursed out by some of McDonald since the other employees of May 17, 2005 to the present time which is May 22, 2005. I did not come to McDonald to [illegible], angry, [illegible], ~~[illegible]~~ Fast, fuss and curse out the other employ

On May 17, 2005, Ms. Sara orders me to do so many jobs at MacDonalds until she caused me to get fussed at and cursed out by one of the employees who complained about me taking too long to mop the floor and clean up the restaurant after you had told us tonight we needed to clean up the restaurant real good ~~when~~ at closing time. Made it impossible for me to complete the tasks in a timely manner without the presence of the crew manager and the other employees.

Ms. Sara orders me to cook nuggets, make sandwiches, ~~and~~ cook french fries, make guacamole and do all types of other jobs while I was cooking ~~hamburgers on a~~ the only person cooking hamburgers on the grill

While she had never shown me how to do one of these jobs and when asking her to show me, help make the hamburgers, cook french fries, nuggets and other types of food she would not show me how to do these jobs and she would not tell me how to do these jobs.

On the same night, which were May 17, 2005, Ms. Sara tried to make me work alldnments on the grill than had I had already been exposed to chemicals and was allergic too, and I told the crew manager and her than I had gotten hurt on the job from being exposed to these chemicals and I had already reported them while helping to clean the grill and cooking hamburgers on the grill.

told Ms. Kerri that I wanted to go home Ms. Kerri said that is was a violation and then ~~&~~ she could not let me leave the restaurant, at this time, I was real sick, ~~and~~ I misunderstood Ms. Kerri and I thought that she said I was violating the Company's policy by getting sick and I asked Ms. Kerri to call you because my major concern was were the safety of my body, eyes and my health. I was worried about losing my eye sight and about getting sick on my second night at work and about being constantly harassed by Ms. Sara, I don't know Ms. Sara, I don't even recall even seeing Ms. Sara until I ~~came~~ come to work at MacDonalds.

On May 20, 2005, while starting to work on the grill, and when washing dishes, Ms. Brenda told me to go and help out up front, I helped out ~~up~~ up front ~~—~~ for a while, then Ms. Palmer told me to sweep ~~up and~~ and clean up the work area, I did this for a while, ~~Ms.~~ Palmer ~~also told me to~~ saw then Ms. Brenda told me sweep up and mop the

dining room and the playground and ~~when~~ I ~~did~~ did this too.

At approximately 10:30 p.m., when I started to clean up the kitchen and wash the dishes, Ms. Sara started ordering me to do four or five ~~the~~ jobs at one time, She left her work area, then she was standing at, ~~she~~ started picking cooking utensils, ~~dishes~~ ~~trays~~, pans, pots

and she came over to the work area where I was working at, ~~slow~~ or when I was washing dishes at ~~when~~ or she ~~start~~ picked ~~all kind~~ stacks of ~~cooking utensils~~ all kinds of cooking utensils, pots, pans and all kinds of ~~cookware~~ items that needed washing to the sink where ~~they~~ the utensils were that I was washing she piled from bottom to top the sink where I was washing dishes at full of cooking utensils and other items that needed washing and then she started ~~packing to other~~ piled stacks of other utensils and other items that needed washing on the ~~whole~~ at the ~~bottom~~ ~~sink~~ of the whole ~~sink~~ at the kitchen sink where I was washing dishes at,

Made me [illegible], [illegible] me expe to burn, [illegible], to [illegible] and [illegible] [illegible] all ~~[illegible]~~ [illegible] [illegible] different colors

Ms. Sarah told Ms. Kerr, the Crew Manager that I refused to wash the attachments that had been exposed to the chemicals that were attached on the grill

Palmer Order me to clean the bathroom, while, I'm cooking hamburgers on the grill, and while, she's standing up talking and having fun with China, Duggen, and some more of the white workers,

Madd – Vocal

And anybody could plainly see from the look in my eyes that these chemicals had [illegible] me and when I refused to wash the attachments while explained to Saw [illegible] that had been exposed to the chemicals that ~~I was already~~ had already made me sick. Ms. Saw told Ms. Kerri, the crew manager that I would not wash the attachments that come off of the grill, when I had already explain told Ms. Saw that these chemicals had already made me sick.

And when I refused to wash the attachments while telling her that I was already sick from the chemicals exposure, Ms Saw told Ms. Kerri, the crew manager that I refused to wash the attachments that were on the grill while they had been exposed to the chemicals, and Ms. Kerri ordered me to wash these attachments also. She didn't seem to understand that ~~the~~ ~~exposure~~ ~~being exposed~~ to exposure of these chemicals had already made me sick, she should have been able to tell from the calmy look of my eyes that these chemicals had made me sick. I ~~tried to~~ continued working on my job until the ~~[illegible]~~ exposure of these chemicals almost made me pass out on the floor, I [illegible] Ms. Kerri that I was real sick and [illegible]

Since my second day of employment at McDonald, I have been harassed, humiliated, intimidated, fussed at, cursed out, picked on by the city. I have been ... on a ... basis, ... some of the employee at McDonald on a daily basis, I did not come to McDonald, I did not come to McDonald to work, I did not come to start fights, quarrels and arguments with the other employees. For so many years being a Certified School teacher since 1977, a college graduate and having worked in the public service, I was chosen.

Since my second day of employment, Ms. Sarah has tried to provoke me to fight, quarrel and start arguments with her to prevent ... When I was trying to follow your ... the Crew Manager, Ms. Sarah ordered me to do so many different jobs at the restaurant unlike one of the other employees ... On May 17, 2005, Ms. Sarah ... as me ... when the person to go there. Off I was cursed out. On May 18, 2005, Ms. ... possible and continue to push me around. Sarah tried to make me wash attachments off of the grill that had been exposed to chemicals that I was allergic ... had already ... these chemicals to and had already caused my eyes to burn and ... up

File Crime Victim Report

Physical / Emotional Distress;

I suffer through almost two years of ~~a loss of sleep~~, headache Anxiety, Stress, Worries, emotional problem ~~injuries~~, mental ~~anguish~~ flashbacks, pain, sorrow, a loss of sleep, bad dreams, and other injuries that will last me for the rest of my days because of McDonalds.

I suffer from two years of the loss of almost sleep, ~~I have~~ eating/and/or digesting, stomach upset, ~~headache~~ and dizziness.

I have a psychological therapist to help me cope with my emotional, physical, verbal, and mental injuries.

I suffer from a ~~loss of~~ almost two years of a loss of time, ~~State of~~ School, opportunities Church Service pleasure, or effort, jobs, vacations recreation and a loss of income

Have X Rays.

State Pain / Discomfort

Mention because of McDonald's pain, discomfort, and embarrassment to my daily life, I suffer from embarrassment, inconvenience, and other losses. I suffer for over two years of medicine, medical treatment, examination, prescription drugs

Clear up these Conceptions to the adjuster!

1. Liability for the Company
2. Your Injuries
3. Your medical Treatment
4. Your lost of income

I was there during my accident, I know where my injuries are, I know how much and where I hurt, I know it has been almost two years and they have not healed. I know how the process works, I know my claim is an

Outrage, intentional torts Huston v. Ragin Family Steakhouse 668 So. 2d 806 (Ala. Civ. App.)

The tort of outrageous conduct or intentional infliction of emotional distress can occur in a worker comp setting.

Occupational disease —

Psychological Injuries

3. Busby v Truswal systems Corp, 551 So. 2d 322 (Ala. 1989)

Manager has to obtain worker comp benefits for the employee. Ex parte Jackson, 985 So. 2d. 1116 (Ala. 1986)

When an action is brought by an employee against employer, the complaint should conform to the worker comp act or should state facts showing the relationship to be within the exception to the act as provided in 25-5-50 CFI

85-5-53

On or about 09/16/05, Miss Teri Hussey discriminated against me because of my race, Color, Age, and my National Origin, She had another employee to harass, humiliate me, intimidate me on my job because I Could not continue to clean a Big hot Hamburger Grill because the chemicals in the Grill cleaner made me sick, I had allergic reactions to the chemicals, Mrs. Teri Hussey had Mrs. Sara McClendon to be my Supervisor for this night, She used Mrs. McClendon as a House Slave, and she used Mrs. Sara McClendon to do her dirty Work to me, because I was unable to clean the Hamburger Grill on my second night of Work,

05/17/05, On my second night of Work, Miss Teri Hussey, who were my Supervisor,

08/17/05, On the same night, Mrs. Sara tried to make me wash attachments on the when she knew that I were sick from the exposure of Chemicals in the Grill Cleaner, I had already reported that I had gotten sick from the Chemicals, and that, I were allergic to the Chemicals in the Grill Cleaner, and anybody could plainly see from the look in my eyes that these Chemicals had hurt me, and when I refused to wash the attachments for Mrs. Sara, she told Miss Terri Hussey and she made me wash the attachments on the Grill, and, I kept telling her that, I were allergic to the chemicals in the Grill Cleaner, and she could tell from the look in my eyes that the chemicals had made me sick from the previous night. I washed the attachments because

had Mrs. Sara McLendon being my Supervisor on this night because she were still mad with me for being unable to clean the big hot Hamburger Grill on the previous night. Miss Terri Hussey allowed Mrs. Sara McLendon to harass, humiliate and discriminate against me like the rules of no return. Mrs. Sara ordered me to cook nuggets, make sandwiches, cook French Fries, and to do other types of jobs, while she showed me how to do none of the jobs, and she refused to show me how to do any of the jobs, when I asked her to show me how to do ...

... to do these jobs, when I, were the only person cooking hamburgers ~~out~~ on the Grill.

and then I went and asked Ms. Palmer to come and take a look at how Ms. Sam had come to the wash area where I was working and packing, block and stacks of small heavy and large items of cooking utensils and other containers in the sink where I was washing kitchen items at and where she had piled stacks on the top of the kitchen

Washing ~~dishes~~ items at from the bottom of the sink, to the top of the sink, and to all over the top of the kitchen sink where I was washing and when I was washing in and where I was working, Ms. Palmer told ~~me~~ this.

Ms Palmer never come to the wash area to see exactly what I was talking about and when going back ~~to [illegible]~~ and asking Ms Palmer to come to the wash area and see what I was talking about because all of these items had almost fallen on me and I could have gotten hurt real bad, Ms. Palmer told me that she knew what was going on and she still refused to come and see what I was talking about, therefore it seemed as if Ms. Palmer had told Ms Sam to do these things to me,

[Left margin:] refused to [illegible] Sabe [illegible]

[Left margin:] to then she came move me away from my job as machine

Ms. ~~Rose~~ Sara Colwell [illegible] slam and piece of [illegible] to fall ~~and~~ they almost fell on me and if they had fell on me. I would and ~~I could~~ have gotten hurt ~~if some of the heavy [illegible]~~ would have fallen on my feet, head or other parts of my body, ~~I should~~

and when asking Ms. Patricia some of the [illegible] because these [illegible] and other [illegible] were very heavy; and some of them were also large ~~but~~

I went to Ms. Palmer, told her what my problem was with Ms. Sara and I asked Ms. Palmer to come and take a look at the way Ms. Sara had slammed [illegible] pieces of ~~[illegible]~~ [illegible] as large [illegible] ~~[illegible]~~ from the bottom of the [illegible] to the bottom of

86
83/23

T.O.: MacDonald (1)

TO: Mr. Eric Blood, Manager

From. Miss Margie Florene Baum

Subject: Systematic Harassment/ Workplace Violence - Humiliation/ Intimidation by Mr. Sara ao MacDonald

Date: May 19 2005

~~Reverend Blood, first, I want to ask~~

Reverend Blood, first, I say thank you for allowing me the opportunity to join the working team at MacDonald's.

I write this letter to assure you that I am an easy person to work with. I appreciate constructive criticism

---

I am a hardworking person who appreciate constructive criticism.

(2)

At this time, it gives me no pleasure and no real satisfaction to report that MacDonalds has been a hostile and a shameful place for me work at since my second day of employment with the Corporation. 262-8051 — Jerome Carter
230-9354 Valarie Smed

My first day of employment at MacDonalds were on May 16, 2005. On May 16, 2005, I become ill when I got sick from being exposed to chemicals that were used to clean the grill at MacDonalds. Bonnie & Clyde Barrow died in 1935 [illegible] [illegible]

On May 16, 2005, I become ill at work when I was being exposed to chemicals that were used to help clean the grill at MacDonald. I was allergic to these chemicals. My eyes turned red/ all over, it become swollen and the chemicals made my whole body sick when I got home, I become more all over [illegible] sicker from these chemicals. I am allergic to all chemicals.

Mon 05/22/05 —

Ms. Sara Adie Pretty Nice